Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

*Attorneys for Defendants Joseph H. Emmons
and Osprey Field Consulting LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 3000, a non-profit corporation, UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 1439, a non-profit corporation, UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 21, a non-profit corporation, AND FAYE IRENE GUENTHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH H. EMMONS, individually, AND OSPREY FIELD CONSULTING LLC, a limited liability company,<br><br>Defendants. | No. 2:22-cv-00272<br><br>**NOTICE OF REMOVAL** |

TO:   Clerk, United States District Court for the Eastern District of Washington

AND TO:   Plaintiffs United Food and Commercial Workers Union, Local 3000; United Food and Commercial Workers Union, Local 1439; United

NOTICE OF REMOVAL
Case No. 2:22-cv-00272

4863-5645-5740v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Food and Commercial Workers Union, Local 21; and Faye Irene Guenther, and their Attorneys of Record

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Joseph H. Emmons and Osprey Field Consulting LLC remove this case, originally filed in the Superior Court of the State of Washington for Spokane County under case number 22-2-02442-32 (the "Action"), to the United States District Court for the Eastern District of Washington. In accordance with 28 U.S.C. § 1446(a), the grounds for removal—together with a copy of all process, pleadings, and orders served on Defendants—are set forth below and attached as exhibits hereto.

## BACKGROUND

1. Plaintiffs filed the Action in the Superior Court of the State of Washington for Spokane County on July 25, 2022, asserting claims for defamation and false light invasion of privacy.

2. Based on the allegations in the Complaint, Plaintiffs' asserted damages in the Civil Joint Case Status Report, and the attached exhibits, the Defendants affirm that removal is proper for the following reasons:

## THE COURT HAS DIVERSITY JURISDICTION OVER THIS ACTION

3. This Court has diversity jurisdiction under 28 U.S.C. § 1332 because, on information and belief, this case satisfies the complete diversity requirement, and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

NOTICE OF REMOVAL
Case No. 2:22-cv-00272

4863-5645-5740v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

### A. Complete Diversity

4. On information and belief, this case satisfies 28 U.S.C. § 1332(a)(1)'s diversity of citizenship requirement because all Plaintiffs and all Defendants are citizens of different states.

5. Under 28 U.S.C. § 1332, a corporation "shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business." A corporation's principal place of business is "where [its] officers direct, control, and coordinate the corporation's activities," i.e., generally "the place where the corporation maintains its headquarters." *Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010). In contrast, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 900 (9th Cir. 2006).

6. According to the Complaint, Plaintiff United Food and Commercial Workers Union ("UFCW") Local 3000 is a non-profit corporation. Upon information and belief, UFCW Local 3000 is neither incorporated in nor has its principal place of business in Oregon. Therefore, UFCW Local 3000 is a citizen of a state other than Oregon.

7. Plaintiffs UFCW Local 1439 and Local 21 no longer exist because they merged with each other to form UFCW Local 3000, effective March 1, 2022. Compl. ¶¶ 1.1, 3.2-3.6, 3.28.

8. Plaintiff Faye Guenther is a citizen of Washington. Compl. ¶ 1.2.

9. Defendant Joseph Emmons is a citizen of Oregon. Compl. ¶ 1.3.

NOTICE OF REMOVAL
Case No. 2:22-cv-00272

4863-5645-5740v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

10. Defendant Osprey Field Consulting, LLC, is a limited liability company organized under the laws of the state of Oregon, and Defendant Emmons is Osprey's sole member. Compl. ¶ 1.4. Therefore, Osprey is a citizen of Oregon.

11. Accordingly, 28 U.S.C. § 1332(a)(1)'s requirement for diversity jurisdiction is satisfied because none of the Plaintiffs is a citizen of Oregon and all Defendants are citizens of Oregon.

### B. Amount in Controversy

12. This case also satisfies 28 U.S.C. § 1332(a)'s amount in controversy requirement because Plaintiffs seek damages that exceed $75,000, exclusive of interest and costs.

13. In the Civil Joint Case Status Report submitted to the Superior Court, Plaintiffs asserted the "[a]mount in controversy and range of damages requested" was "not less than $250,000." Attached as **Exhibit A** is a true and correct copy of the Civil Joint Case Status Report.

14. Accordingly, the jurisdictional threshold under 28 U.S.C. § 1332(a) is met.

### REMOVAL IS TIMELY

15. Defendants accepted service of the Summons and Complaint on August 8, 2022. The case stated in the initial pleading was not removable because the Complaint did not allege the amount in controversy. Attached as **Exhibit B** is a true and correct copy of the Complaint. Attached as **Exhibit C** are true and correct copies of the Summonses.

NOTICE OF REMOVAL
Case No. 2:22-cv-00272
4863-5645-5740v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

16. The same day, Defendants' counsel sent an email to Plaintiffs' counsel requesting "a good faith estimate" of the dollar amount of Plaintiffs' claimed damages. Plaintiffs' counsel did not provide a dollar amount in response to this request. Attached as **Exhibit D** is a true and correct copy of this August 8, 2022, email and subsequent correspondence between counsel.

17. On October 24, 2022, Plaintiffs' counsel sent Defendants' counsel a draft Civil Joint Case Status Report in which Plaintiffs asserted for the first time the "[a]mount in controversy and range of damages requested" was "not less than $250,000." On October 28, 2022, Plaintiffs submitted the Civil Joint Status Report to the Superior Court with the same assertion. *See* **Exhibit A**.

18. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(3) because the case stated by Plaintiffs' Complaint was not removable, and fewer than 30 days have passed since Defendants received Plaintiffs' draft of the Civil Joint Case Status Report, which asserted for the first time the amount of damages Plaintiffs seek in this action.

## DEFENDANTS HAVE SATISFIED ALL REMAINING PROCEDURAL REQUIREMENTS

19. The United States District Court for the Eastern District of Washington is the federal judicial district embracing Spokane County Superior Court, where Plaintiffs filed the Action. 28 U.S.C. §§ 128(a), 1441(a). Spokane is the proper division or location for the matter.

20. Both Defendants, Joseph Emmons and his company Osprey Field Consulting, LLC, consent to removal.

NOTICE OF REMOVAL
Case No. 2:22-cv-00272

4863-5645-5740v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

21. As required by 28 U.S.C. § 1446(a), Defendants have included with this Notice of Removal a copy of all documents filed in the Action in the Superior Court, including all process, pleadings, and orders served on Defendants in this Action.

22. Promptly after filing this Notice, Defendants will give written notice to all counsel of record and will file a copy of this Notice with the Clerk of the Superior Court, as required by 28 U.S.C. § 1446(d).

23. The removal of this Action terminates all potential proceedings in the Superior Court. *See* 28 U.S.C. § 1446(d).

\* \* \*

Defendants respectfully give notice that the above-entitled action is removed from the Spokane County Superior Court to the United States District Court for the Eastern District of Washington at Spokane.

DATED this 9th day of November, 2022.

DAVIS WRIGHT TREMAINE LLP

By: *s/ Ambika Kumar*
     Ambika Kumar, WSBA No. 38237

By: *s/ Sara A. Fairchild*
     Sara A. Fairchild, WSBA No. 54419

920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.3150

NOTICE OF REMOVAL
Case No. 2:22-cv-00272

4863-5645-5740v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2      Facsimile: 206.757.7700
       ambikakumar@dwt.com
       sarafairchild@dwt.com
3
       ***Attorneys for Defendants Joseph H.***
4      ***Emmons and Osprey Field Consulting LLC***

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF REMOVAL
Case No. 2:22-cv-00272

4863-5645-5740v.2 0119896-000001

Davis Wright Tremaine LLP
L AW O FFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I caused a copy of the foregoing to be served upon the following counsel of record:

| | |
|---|---|
| Aaron Streepy<br>James G. McGuinness<br>Streepy Law, PLLC<br>4218 227th Ave Ct E<br>Buckley, WA 98321<br>aaron@mcguinnessstreepy.com<br>jim@mcguinnessstreepy.com | ( ) By U. S. Mail<br>( X ) By Email<br>( ) By Facsimile<br>( ) ByMessenger |
| Boyd M. Mayo<br>Piskel Yahne Kovarik, PLLC<br>522 W Riverside Ave Ste 700<br>Spokane, WA 99223<br>bmayo@pyklawyers.com | ( ) By U. S. Mail<br>( X ) By Email<br>( ) By Facsimile<br>( ) ByMessenger |

DATED this 9th day of November, 2022.

*s/ Ambika Kumar*
Ambika Kumar, WSBA No. 38237

NOTICE OF REMOVAL
Case No. 2:22-cv-00272

4863-5645-5740v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax