1 | Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
2 | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
3 | Seattle, WA 98104-1610
Telephone: 206.622.3150
4 | Facsimile: 206.757.7700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 3000, a non-profit corporation, UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 1439, a non-profit corporation, UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 21, a non-profit corporation, AND FAYE IRENE GUENTHER, an individual, | No. 2:22-cv-00272-TOR |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS COMPLAINT** |
| v. | |
| JOSEPH H. EMMONS, individually, AND OSPREY FIELD CONSULTING LLC, a limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING DEFS.'
MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

THIS MATTER is before the Court on Defendants' Rule 12(b)(6) Motion to Dismiss Complaint ("Motion"). The Court has considered the Motion, Plaintiffs' Response, and Defendants' Reply, as well as the papers and pleadings on file in this matter. The Court finds that Plaintiffs United Food and Commercial Workers Union Local 3000, United Food and Commercial Workers Union Local 1439, United Food and Commercial Workers Union Local 21, and Faye Irene Guenther have failed to state a claim upon which relief can be granted. The Court GRANTS the Motion, and the Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
THOMAS O. RICE
United States District Judge

[PROPOSED] ORDER GRANTING DEFS.'
MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

*Presented by:*

Davis Wright Tremaine LLP
Attorneys for Defendants

By: *s/ Ambika Kumar*
    Ambika Kumar, WSBA #38237
    Sara A. Fairchild, WSBA #54419
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    ambikakumar@dwt.com
    sarafairchild@dwt.com

[PROPOSED] ORDER GRANTING DEFS.' MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

Nicholas D. Kovarik
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Ste. 700
Spokane, WA 99201
nick@pyklawyers.com

***Attorneys for Plaintiffs***

I declare under penalty of perjury that the foregoing is true and accurate. DATED this 13th day of February, 2023.

By: s/ *Ambika Kumar*
    Ambika Kumar, WSBA #38237

[PROPOSED] ORDER GRANTING DEFS.'
MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax