Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 3000, a non-profit corporation, UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 1439, a non-profit corporation, UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 21, a non-profit corporation, AND FAYE IRENE GUENTHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH H. EMMONS, individually, AND OSPREY FIELD CONSULTING LLC, a limited liability company,<br><br>Defendants. | No. 2:22-cv-00272-TOR<br><br>**STIPULATED MOTION TO STAY DISCOVERY**<br><br>**3/20/2023 WITHOUT ORAL ARGUMENT** |

STIPULATED MOTION TO STAY DISCOVERY
Case No. 2:22-cv-00272-TOR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The parties stipulate and respectfully move the Court to stay all discovery, including the exchange of Rule 26(a)(1) initial disclosures, and to lift the stay only if the Court decides Plaintiffs have pleaded a claim upon which relief can be granted under Rule 12 or converts Defendants' Rule 12(b)(6) Motion to Dismiss Complaint, Dkt. 9, to a Rule 56 motion for summary judgment. In support of this stipulated motion, the parties state as follows:

1. Plaintiffs filed the Complaint in the Superior Court of the State of Washington for Spokane County on July 25, 2022, asserting claims for defamation and false light invasion of privacy. Dkt. 1-2.

2. On September 2, 2022, Plaintiffs served Defendants with written discovery requests.

3. On September 29, 2022, Defendants filed a special motion under Washington's Uniform Public Expression and Protection Act, RCW 4.105.010-.903 ("UPEPA"), asking the state court to dismiss the Complaint and award Defendants' attorneys' fees and costs. Dkt. 2-1 at 33-59.

4. On November 9, 2022, based on information Plaintiffs provided in an October 24, 2022, draft status report, Dkt. 1-1, Defendants timely removed the case to this Court. Dkt. 1.

5. On January 30, 2023, to facilitate the efficient resolution of Plaintiffs' claims, the parties reached the following agreement:

STIPULATED MOTION TO STAY DISCOVERY
Case No. 2:22-cv-00272-TOR - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Defendants agree not to seek remedies available under UPEPA prior to discovery. Plaintiffs agree not to move for or serve discovery unless and until the Court decides that they have pleaded a claim upon which relief can be granted under Rule 12, or the Court converts Defendants' Rule 12 motion to dismiss to a Rule 56 motion for summary judgment. Notwithstanding this agreement, Plaintiffs may argue that discovery is necessary in opposing a motion to dismiss. ("Discovery Agreement")

6. On February 2, 2023, the Court issued its Order Setting Telephonic Scheduling Conference. Dkt. 8. The Order sets the Scheduling Conference for March 16, 2023, and directs the parties to make Rule 26(a)(1) initial disclosures at or within 14 days of the Rule 26(f) conference, discuss enumerated subjects at the Rule 26(f) conference, and submit a joint report addressing those subjects not less than 14 days before the Scheduling Conference. *Id.* at 2.

7. On February 13, 2023, Defendants filed their Rule 12(b)(6) Motion to Dismiss the Complaint. Dkt. 9.

8. Pursuant to the Discovery Agreement, the parties wish to stay all discovery, including the Rule 26(f) conference, Rule 26(a)(1) initial disclosures, and joint report, and to lift the stay only if the Court decides Plaintiffs have pleaded a claim upon which relief can be granted under Rule 12 or converts Defendants' Rule 12(b)(6) Motion to Dismiss the Complaint to a Rule 56 motion for summary judgment.

IT IS SO STIPULATED.

DATED this 16th day of February, 2023.

STIPULATED MOTION TO STAY DISCOVERY
Case No. 2:22-cv-00272-TOR - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| By: *s/Jim McGuinness*<br>Aaron Streepy, WSBA 38149<br>Jim McGuinness, WSBA 23494<br>STREEPY LAW, PLLC<br>4218 227th Ave Ct. East<br>Buckley, WA 98321<br>Telephone: (253) 528-0278<br>Fax: (253) 528-0276<br>aaron@mcguinnessstreepy.com<br>jim@mcguinnessstreepy.com<br><br>Nicholas D. Kovarik, WSBA #35462<br>PISKEL YAHNE KOVARIK, PLLC<br>522 W. Riverside Ave., Ste. 700<br>Spokane, WA 99201<br>Telephone: (509) 321-5930<br>Fax: (509) 321-5935<br>nick@pyklawyers.com | By: *s/Ambika Kumar*<br>Ambika Kumar, WSBA #38237<br>Sara A. Fairchild, WSBA #54419<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>ambikakumar@dwt.com<br>sarafairchild@dwt.com |

# ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
THOMAS O. RICE
United States District Judge

STIPULATED MOTION TO STAY DISCOVERY
Case No. 2:22-cv-00272-TOR - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

Nicholas D. Kovarik
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Ste. 700
Spokane, WA 99201
nick@pyklawyers.com

**Attorneys for Plaintiffs**

I declare under penalty of perjury that the foregoing is true and accurate. DATED this 16th day of February, 2023.

By: s/ *Ambika Kumar*
Ambika Kumar, WSBA #38237

STIPULATED MOTION TO STAY DISCOVERY
Case No. 2:22-cv-00272-TOR - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax