1 | Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
2 | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
3 | Seattle, WA  98104-1610
Telephone: 206.622.3150
4 | Facsimile: 206.757.7700

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

9

10 | UNITED FOOD AND COMMERCIAL
WORKERS UNION, LOCAL 3000, a
non-profit corporation, UNITED FOOD
11 | AND COMMERCIAL WORKERS
UNION, LOCAL 1439, a non-profit
12 | corporation, UNITED FOOD AND
COMMERCIAL WORKERS UNION,
13 | LOCAL 21, a non-profit corporation,
AND FAYE IRENE GUENTHER,
14 | an individual,

No. 2:22-cv-00272-TOR

**STIPULATED MOTION TO
EXPEDITE HEARING
DATE ON STIPULATED
MOTION TO EXTEND
BRIEFING SCHEDULE
FOR DEFENDANTS' RULE
12(b)(6) MOTION TO
DISMISS COMPLAINT**

15 | Plaintiffs,

16 | v.

**2/23/2023
WITHOUT ORAL
ARGUMENT**

17 | JOSEPH H. EMMONS, individually,
AND OSPREY FIELD CONSULTING
18 | LLC, a limited liability company,

19 | Defendants.

20

21

22

23 | STIPULATED MOTION TO EXPEDITE HEARING DATE
ON STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

The parties jointly request the Court enter an order setting an expedited hearing date of February 23, 2023, on the parties' concurrently filed Stipulated Motion to Extend Briefing Schedule for Defendants' Rule 12(b)(6) Motion to Dismiss Complaint. *See* L. Civ. R. 7(i)(2)(C).

The parties jointly represent there is good cause to grant their request for an expedited hearing date. Defendants' Rule 12(b)(6) Motion to Dismiss Complaint is noted for hearing with oral argument on May 24, 2023. *See* Dkt. 9. The parties wish to have additional time to thoroughly brief the issues raised by the Motion to Dismiss and therefore jointly request a three-week extension of each of the current briefing deadlines. This requested extension would not alter any existing Court deadlines. If the parties' Stipulated Motion to Extend Briefing Schedule cannot be heard sooner than February 23, 2023, the parties' requested relief would be moot, as Plaintiffs' response to the Motion to Dismiss is due March 6, 2023.

Accordingly, the Court should enter an order expediting the hearing date to February 23, 2023, on the Stipulated Motion to Extend Briefing Schedule for Defendants' Rule 12(b)(6) Motion to Dismiss Complaint.

DATED this 16th day of February, 2023.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Attorneys for Plaintiffs

By: *s/Jim McGuinness*
Aaron Streepy, WSBA 38149
Jim McGuinness, WSBA 23494
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
Telephone: (253) 528-0278
Fax: (253) 528-0276
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

Nicholas D. Kovarik, WSBA #35462
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Ste. 700
Spokane, WA 99201
Telephone: (509) 321-5930
Fax: (509) 321-5935
nick@pyklawyers.com

Attorneys for Defendants

By: *s/Ambika Kumar*
Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
ambikakumar@dwt.com
sarafairchild@dwt.com

# ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
THOMAS O. RICE
United States District Judge

STIPULATED MOTION TO EXPEDITE HEARING DATE
ON STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 2

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

Nicholas D. Kovarik
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Ste. 700
Spokane, WA 99201
nick@pyklawyers.com

***Attorneys for Plaintiffs***

I declare under penalty of perjury that the foregoing is true and accurate.

DATED this 16th day of February, 2023.

By: s/ *Ambika Kumar*
Ambika Kumar, WSBA #38237

STIPULATED MOTION TO EXPEDITE HEARING DATE
ON STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax