# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FOOD AND COMMERICAL WORKERS UNION, LOCAL 300, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH H. EMMONS, et al, <br><br> Defendants. | Case No.  2:22-CV-0272-TOR <br><br> CIVIL MINUTES <br><br> DATE:  5/24/2023 <br><br> LOCATION:  Spokane 902 <br><br> MOTION HEARING |

### JUDGE THOMAS O. RICE

| Bridgette Fortenberry | LC 01 | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| James G. McGuinness / Aaron M. Streepy | | Sara A. Fairchild | |
| **Plaintiffs' Counsel** | | **Defendants' Counsel** | |

[ X ] **Open Court**          [  ] **Chambers**          [  ] **Telephonic**

Parties present in person.  The Court has reviewed the file and the parties' pleadings.

Pending before the Court:

[9] Defendants' Motion to Dismiss for Failure to State a Claim

Ms. Fairchild argued on behalf of Defendants.
Mr. McGuinness argued on behalf of Plaintiffs.
Ms. Fairchild argued in rebuttal.

The Court took the matter under advisement and will issue a detailed written order.

| CONVENED: 8:57 AM | ADJOURNED: 9:28 AM | TIME: 31 MINS | [X] ORDER FORTHCOMING |
|---|---|---|---|