Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

John A. DiLorenzo (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Fax: (503) 778-5299

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

FAYE IRENE GUENTHER, an individual,

    Plaintiff,

v.

JOSEPH H. EMMONS, individually, AND OSPREY FIELD CONSULTING LLC, a limited liability company,

    Defendants.

No. 2:22-cv-00272-TOR

JOINT STATUS REPORT AND DISCOVERY PLAN

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Pursuant to the Court's June 30, 2023, Second Order Setting Telephonic Scheduling Conference (Dkt. 27), Plaintiff Faye Irene Guenther and Defendants Joseph H. Emmons and Osprey Field Consulting LLC submit the following Joint Rule 26(f) Report and Proposed Discovery Plan.

Pursuant to Federal Rule of Civil Procedure 26(f), the parties, through their attorneys, conferred on June 16, 2023, and July 10, 2023. In the first conference, James McGuinness and Aaron Streepy represented Plaintiff, and Ambika Kumar, Sara A. Fairchild, and John DiLorenzo represented Defendants. In the second conference, Mr. McGuinness represented Plaintiff, and Ms. Fairchild represented Defendants.

The parties jointly submit this report setting forth the parties' agreements and respective positions.

a. <u>Jurisdiction and Venue</u>: Defendants removed this case from Spokane County Superior Court on November 9, 2022. Dkt. 1. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. Venue is proper pursuant to 28 U.S.C. § 1441(a) because the Eastern District of Washington, Spokane Division, is the federal judicial district and division embracing Spokane County Superior Court, where this case was pending prior to removal. The parties agree that neither jurisdiction nor venue is in dispute.

b. <u>Service of Process</u>: All Defendants have been served.

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

c. <u>Claims and Defenses</u>:  Plaintiff asserts claims for defamation and false light invasion of privacy based on a flyer that Defendants allegedly distributed. The flyer urged members of the United Food and Commercial Workers (UFCW) union to vote against a proposed merger between UFCW 21 and UFCW 1439 and contained the following statements:  "First Faye Gunther [sic] (President of Local 21) helped former 367 President Angel Gonzalez cover up his harassment charges and paid him off in exchange for installing her puppet, Mike Hines," and "Now she's helping Eric Renner (the Local 1439 President) hide from sexual harassment charges and land a cushy new gig with Local 21 through a forced merger." Plaintiff, who is President of UFCW 3000 (the union formed as a result of the successful merger), alleges these statements accuse her of helping two other Union officials hide and cover up their unlawful conduct and bribing one of those officials.  Plaintiff alleges Defendants published the flyer negligently and either knew the statements are false or acted with reckless disregard for the truth or falsity of their statements.

Defendants contend that Plaintiff's claims fail on at least three independent grounds:  (1) The flyer lacks a false statement of fact—a necessary element of a defamation or false light claim.  Given the context of the proposed merger, the language and appearance of the flyer, and the fact that the audience consisted of union members, the flyer's statements are nonactionable opinion.  To the extent the

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

statements assert facts, they are true. (2) Defendants did not publish the statements with actual malice. As President of UFCW 21 and 3000, and given her role in the merger, Plaintiff is a limited public figure for purposes of the merger of UFCW 21 and 1439. Therefore, to prevail on her claims, she must show actual malice—i.e., that Defendants knew the flyer's statements were false or had serious doubts about their truth. She cannot do so. (3) Plaintiff cannot show the requisite damages.

  d. <u>Statute Constitutionality</u>: Neither party anticipates challenging the constitutionality of a statute. Plaintiff reserves the right to make such a challenge in response to a dispositive motion brought under RCW 4.105.

  e. <u>Certification to State Supreme Court</u>: At this time, the parties have not identified any issues that should be certified to a state supreme court. Plaintiff believes such issues may be raised in the event a dispositive motion is brought under RCW 4.105.

  f. <u>Suggested Deadline for Additional Parties, Amending Pleadings, Class Certification</u>: Plaintiff does not intend to seek class certification. The parties suggest that the Court enter a deadline of March 1, 2024 for adding additional parties and amending the pleadings.

  g. <u>Corporate Ownership Statement</u>: None of the remaining parties to this case is a non-government corporation.

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

h.  Minor or Incompetent Party: This case does not involve a minor or incompetent party.

i.  Discovery:

- Initial Disclosures: The parties confirm that Rule 26(a)(1) initial disclosures will be exchanged on or before July 13, 2023, which is before the scheduling conference.

- Subjects of Discovery: Plaintiff intends to submit written discovery requests to Defendants. Plaintiff also intends to serve subpoenas on two non-parties to the case, specifically, Michael Selvaggio, United Food and Commercial Workers Union, Local No. 555, and/ or its President, Dan Clay. At this time, Plaintiff intend to depose the Defendant Joseph Emmons and the appropriate corporate agent of Defendant Osprey Field Consulting LLC. Plaintiffs may also seek to depose Michael Selvaggio, Ridgelark Strategies LLC, Esai Alday, Miles Eshaia, and Dan Clay. Plaintiff intends to seek discovery on the following subjects:

- Identification of all persons and business entities involved in the development, creation, production, distribution, and mailing of the flyer identified in Plaintiff's complaint (hereafter "the involved parties" or "the involved activities"). Once identified, discovery into the role each involved party played in such involved activities relating to the flyer;

- Discovery probing all verbal and written communications between the involved parties regarding statements in the flyer, including electronic

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

communications, text messages, phone records and communications through social media accounts.

- Discovery concerning the nature of the relationship(s) between the involved parties, including any business relationships or other financial consideration provided or received in connection with involved activities involving the flyer. Such discovery may include ascertaining any relationship between the involved parties and UFCW Locals 1439 and 21.

- Discovery concerning the involved parties' motivations for engaging in activities relating to the flyer, including animus toward Guenther and their own personal or business-related pecuniary gain.

- Discovery concerning communications between the involved parties relating to this litigation either before or after it was actually filed, including any third-party payor relationship or related agreements between parties to this case and any other involved parties.

Defendants intend to conduct both written discovery and depositions of Plaintiff Guenther, Jeff Anderson, Angel Gonzalez, and Eric Renner, among others.

Defendants intend to seek discovery on the issues raised in Plaintiff's Complaint and Defendants' defenses, including the following topics:

- Complaints against Plaintiff Guenther, Angel Gonzalez, and Eric Renner, including any UFCW International investigation into them

- Communications and relationship between Plaintiff Guenther and Angel Gonzalez, Mike Hines, Eric Renner, and Jeff Anderson

- UFCW 21 and UFCW 1439's initiation of the merger, including the request for approval from UFCW International, the negotiation of the merger agreement, the executive board meetings concerning the merger, and all other merger discussions among union leadership

- UFCW 21's, UFCW 1439's, and Plaintiff Guenther's investigation into the flyer

- Social media posts concerning the proposed merger and the flyer

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

- Communications between UFCW 3000, UFCW 21, and UFCW 1439 leadership and members concerning the proposed merger and the flyer
- Plaintiff Guenther's access to channels of communication, including campaigning, blog posts, newsletters, media appearances, interviews, and speaking engagements
- Plaintiff Guenther's alleged damages

- <u>Preservation of Discoverable Information</u>:  The parties have taken steps and are continuing to take steps to preserve discoverable information.

- <u>Privilege and Confidentiality</u>:  The parties anticipate jointly preparing and requesting the Court enter a stipulated protective order governing the production, disclosure, and treatment of confidential material and information produced or provided in discovery.  The parties may assert the attorney-client privilege, attorney work product doctrine, and/or other privileges, as applicable.  The parties agree that attorney-client-privileged communications between the parties, including dismissed parties, and their litigation counsel generated before and after filing of this lawsuit and responsive to discovery requests need not be listed on a privilege log by either side.

- <u>Agreements Under Fed. R. Evid. 502</u>:  If either party claims that it inadvertently disclosed privileged or work product materials or information, the parties will follow the procedure set forth in Federal Rule of Civil Procedure 26(b)(5)(B).  The parties agree that further agreement on this topic is not necessary.

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

- **Proposed Modifications to Standard Discovery Procedures**: The parties do not propose any modifications to the standard discovery procedures.

- **Suggested Expert Disclosure Deadlines**: The parties suggest the Court enter a deadline of January 12, 2024, for initial expert disclosures and a deadline of February 9, 2024, for rebuttal expert disclosures.

- **Suggested Discovery Cut-Off**: The parties suggest the Court enter a deadline of March 1, 2024, to complete all discovery.

j. **Anticipated Motions and Suggested Dispositive Motion Filing Deadlines**: The parties may bring motions for summary judgment or partial summary judgment at or before the conclusion of discovery. Defendants may file a motion under Washington's Uniform Public Expression Protection Act, RCW 4.105, following some discovery. The parties suggest the Court enter a deadline of April 15, 2024, for all dispositive motions.

k. **Trial**:

- **Jury Request**: Plaintiff has requested a jury trial. Dkt. 6.

- **Suggested Trial Date(s) and Location**: The parties suggest the trial be set to begin on October 2, 2024, at the Thomas S. Foley United States Courthouse in Spokane, Washington.

- **Anticipated Length of Trial**: The parties estimate that the trial will take 5-7 days.

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 7

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

- **Requests for Bifurcation**: The parties request to bifurcate the trial between liability and damages issues.

- **Need for Special Audio/Visual Courtroom Technology**: At this time, Defendants anticipate needing a digital screen to display exhibits during trial.

l. **Settlement**: Plaintiff believes that some facts, including the identity of additional defendants, will be identified during discovery and that mediation would not have a significant possibility of achieving an early and inexpensive resolution prior to at least limited discovery. Plaintiffs propose that meaningful dispute resolution is appropriate after the deadline for joining additional parties. Defendants are willing to engage in private mediation after discovery is complete, but do not believe mediation would be productive at this time. The parties will continue to assess the viability of mediation as the case proceeds.

m. **Other Matters**: Electronic service – On August 22, 2022, when this case was pending in Spokane County Superior Court, the parties entered an electronic service agreement. Now that the case has been removed to this Court, the parties agree that for purposes of service and computation of response deadlines under the Local Rules, filing by ECF will constitute service on the date ECF automated notification is sent. For service of all other documents, including discovery requests and responses, the parties agree that electronic service via e-

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 8

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

mail shall constitute sufficient service, provided the document is sent to all e-mail addresses identified by counsel, including counsel's legal assistants.

DATED this 13th day of July, 2023.

| Attorneys for Plaintiff | Attorneys for Defendants |
|---|---|
| By: *s/Aaron Streepy*<br>Aaron Streepy, WSBA 38149<br>Jim McGuinness, WSBA 23494<br>STREEPY LAW, PLLC<br>4218 227th Ave Ct. East<br>Buckley, WA 98321<br>Telephone: (253) 528-0278<br>Fax: (253) 528-0276<br>aaron@mcguinnessstreepy.com<br>jim@mcguinnessstreepy.com<br><br>Nicholas D. Kovarik, WSBA #35462<br>PISKEL YAHNE KOVARIK, PLLC<br>522 W. Riverside Ave., Ste. 700<br>Spokane, WA 99201<br>Telephone: (509) 321-5930<br>Fax: (509) 321-5935<br>nick@pyklawyers.com | By: *s/Ambika Kumar*<br>Ambika Kumar, WSBA #38237<br>Sara A. Fairchild, WSBA #54419<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>ambikakumar@dwt.com<br>sarafairchild@dwt.com<br><br>John A. DiLorenzo (*pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1300 S.W. Fifth Avenue, Suite 2400<br>Portland, OR 97201<br>Telephone: (503) 241-2300<br>Fax: (503) 778-5299<br>johndilorenzo@dwt.com |

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 9

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

Nicholas D. Kovarik
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Ste. 700
Spokane, WA 99201
nick@pyklawyers.com

**Attorneys for Plaintiff Faye Irene Guenther**

I declare under penalty of perjury that the foregoing is true and accurate. DATED this 13th day of July, 2023.

By: s/ *Sara A. Fairchild*
    Sara A. Fairchild, WSBA #54419

JOINT STATUS REPORT AND DISCOVERY PLAN
Case No. 2:22-cv-00272-TOR - 10

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax