# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAYE IRENE GUENTHER,<br><br>                         Plaintiff,<br>v.<br><br>JOSEPH H. EMMONS, and OSPREY FIELD CONSULTING, LLC,<br><br>                        Defendants. | Case No.   2:22-CV-0272-TOR<br><br>CIVIL MINUTES<br><br>DATE:  8/30/2023<br><br>LOCATION:  Telephonic<br><br>SCHEDULING CONFERENCE |

### JUDGE THOMAS O. RICE

| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |

| James G. McGuinness / Aaron M. Streepy | John A. DiLorenzo, Jr / Sara A. Fairchild / Ambika Kumar |
|---|---|
| **Plaintiff's Counsel** | **Defense Counsel** |

[   ] **Open Court**         [   ] **Chambers**         [ X ] **Telephonic**

Parties present by telephone.  The Court has reviewed the file and the submission of the parties.

The Court set the following deadlines:

| Initial Disclosures | Promptly |
|---|---|
| Amend Pleadings/Add Parties | 10/31/2023 |
| Jury Trial | 10/2/2024 in Spokane |

The Court advised counsel that he is available for informal discovery dispute conferences, if needed. The Court further advised that the Senior Judges, Magistrate Judges, and Bankruptcy Judges in this district are available to assist with mediation.

The Court will enter a detailed written scheduling order.

| CONVENED: 8:14 AM | ADJOURNED: 8:17 AM | TIME: 3 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|