1 | Ambika Kumar, WSBA #38237
  | Sara A. Fairchild, WSBA #54419
2 | Davis Wright Tremaine LLP
  | 920 Fifth Avenue, Suite 3300
3 | Seattle, WA 98104-1610
  | Telephone: (206) 622-3150
4 | Facsimile: (206) 757-7700

5 | John A. DiLorenzo (*pro hac vice*)
  | Davis Wright Tremaine LLP
6 | 1300 S.W. Fifth Avenue, Suite 2400
  | Portland, OR 97201
7 | Telephone: (503) 241-2300
  | Fax: (503) 778-5299

8 |
9 |
10 |                IN THE UNITED STATES DISTRICT COURT
   |             FOR THE EASTERN DISTRICT OF WASHINGTON
11 |                              AT SPOKANE

12 | FAYE IRENE GUENTHER,
   | an individual,
13 |
   |               Plaintiffs,                  No. 2:22-cv-00272-TOR
14 |
   |        v.                                  **DECLARATION OF JOHN A.**
15 |                                             **DILORENZO IN SUPPORT OF**
   | JOSEPH H. EMMONS, individually,             **MOTION FOR ORDER**
16 | AND OSPREY FIELD CONSULTING                 **COMPELLING PRODUCTION**
   | LLC, a limited liability company,           **OF DOCUMENTS SUBJECT**
17 |                                             **TO NONDISCLOSURE**
   |               Defendants.                   **AGREEMENTS AND**
18 |                                             **AUTHORIZING RELATED**
   |                                             **DISCOVERY**
19 |
20 |
21 |
22 |
23 | DILORENZO DECLARATION ISO MOTION TO COMPEL
   | DISCLOSURE OF NDAs & RELATED DISCOVERY
   | Case No. 2:22-cv-00272-TOR                                Davis Wright Tremaine LLP
   |                                                                 LAW OFFICES
   | 4859-6963-5736v.2 0119896-000001                        920 Fifth Avenue, Suite 3300
   |                                                          Seattle, WA 98104-1610
   |                                                      206.622.3150 main · 206.757.7700 fax

I, John A. DiLorenzo, declare:

1. I am a partner in the law firm Davis Wright Tremaine LLP, counsel for Defendants Joseph H. Emmons and Osprey Field Consulting LLC. I make this declaration from personal knowledge and a review of the files and records in this matter.

**Complaint Letter**

2. Attached as **Exhibit A** is a true and correct copy of a document produced in this litigation by United Food and Commercial Workers International Union ("UFCW International") with the Bates stamps UFCW-EMMONS_000043 through UFCW-EMMONS_000047 ("Complaint Letter").

3. Attached as **Exhibit B** is a true and correct copy of a document produced in this litigation by UFCW International with the Bates stamps UFCW-EMMONS_000048 through UFCW-EMMONS_000049.

4. Attached as **Exhibit C** is a true and correct copy of an email I received from Plaintiff's counsel Jim McGuinness on September 8, 2023.

**Nondisclosure Agreements**

5. Beginning in October 2023, an investigator acting under my direction and on my behalf individually contacted the seven individuals who signed the Complaint Letter ("Complainants"). On October 23, 2023, after speaking with the investigator, one of the Complainants, Laurel Fish, contacted me. She stated that the Complainants had signed nondisclosure agreements drafted by Plaintiff's counsel Aaron Streepy that prohibited the Complainants from discussing the agreements' terms and the facts and circumstances that led to them. The investigator

DILORENZO DECLARATION ISO MOTION TO COMPEL DISCLOSURE OF NDAs & RELATED DISCOVERY
Case No. 2:22-cv-00272-TOR - 1
4859-6963-5736v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

subsequently spoke with each of the Complainants, on October 24, 25, 26, 27, and November 8, 9, and 22, 2023, respectively, and all seven Complainants stated they were interested in speaking with the investigator about these matters if they were not constrained from doing so by the agreements. Several of the Complainants also informed the investigator that the Complainants did not receive any monetary compensation under the agreements.

6. The investigator also spoke with Alex Garcia, a former employee of United Food and Commercial Workers Union Local 1439 ("Local 1439"), who is referenced in the Complaint Letter. Mr. Garcia informed the investigator that he also signed a nondisclosure agreement drafted by Plaintiff's counsel Aaron Streepy. Mr. Garcia communicated to the investigator that he did not wish to share information about his experience with Mr. Renner due to the nondisclosure agreement. Mr. Garcia further stated that he would be willing to testify on these matters once his concerns about the nondisclosure agreement were addressed.

7. Plaintiff's counsel Jim McGuinness and Aaron Streepy have since confirmed that the Complainants and Mr. Garcia executed release agreements with Eric Renner and Local 1439 ("Agreements") that each contain a nondisclosure provision ("NDAs"), and that Teamsters Local 690 is a party to one or more of the Agreements. Attached as **Exhibit D** is a true and correct copy of an email and its attachment that I received from Plaintiff's counsel Jim McGuinness on November 2, 2023. Attached as **Exhibit E** is a true and correct copy of an email exchange between Plaintiff's counsel Aaron Streepy, my co-counsel Sara Fairchild, and me, in which Mr. Streepy provided answers to questions regarding the Agreements.

DILORENZO DECLARATION ISO MOTION TO COMPEL DISCLOSURE OF NDAs & RELATED DISCOVERY
Case No. 2:22-cv-00272-TOR - 2
4859-6963-5736v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**Merger**

8. Attached as **Exhibit F** is a true and correct copy of a document produced in this litigation by UFCW International with the Bates stamps UFCW-EMMONS_0000158 through UFCW-EMMONS_0000160.

9. Attached as **Exhibit G** is a true and correct copy of Local 3000's Form LM-2 Labor Organization Annual Report for 2022, which my office obtained from the U.S. Department of Labor Website at https://olmsapps.dol.gov/query/orgReport.do?rptId=865685&rptForm=LM2Form.

**Subpoenas**

*Local 3000*

10. Attached as **Exhibit H** is a true and correct copy of a subpoena Defendants served on United Food and Commercial Workers Union Local 3000 ("Local 3000") on October 5, 2023. Attached as **Exhibit I** is a true and correct copy of Local 3000's Objections and Responses to Defendants' Subpoena. Attached as **Exhibit J** is a true and correct copy of an email I sent to Plaintiff's counsel on November 21, 2023, concerning Local 3000's objections, among other issues. Local 3000 has not produced any documents in response to Defendants' subpoena.

11. On October 24 and November 8 and 13, 2023, I spoke with Plaintiff's counsel Jim McGuinness regarding the Agreements, and I have continued to confer with him regarding the Agreements in numerous conversations since. Based on these conversations, I understand that Local 3000 agrees the Agreements and other documents subject to the NDAs in its possession are responsive to Defendants' subpoena to Local 3000 (Exhibit H). Mr. McGuinness has stated that Local 3000 is

DILORENZO DECLARATION ISO MOTION TO COMPEL
DISCLOSURE OF NDAs & RELATED DISCOVERY
Case No. 2:22-cv-00272-TOR - 3
4859-6963-5736v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

withholding these documents based on the NDAs. Attached as **Exhibit K** is a true and correct copy of an email I received from Mr. McGuinness on November 9, 2023, concerning this issue.

*Eric Renner*

12. Attached as **Exhibit L** is a true and correct copy of a subpoena Defendants served on Eric Renner on October 18, 2023. I communicated with Mr. Renner's counsel numerous times between November 1, 2023, and January 23, 2024, by phone and email, seeking Mr. Renner's consent to Local 3000's disclosure of the Agreements and the Complainants' testimony on information subject to the NDAs. Attached as **Exhibit M** is a true and correct copy of my email correspondence with Mr. Renner's counsel.

13. Attached as **Exhibit N** is a true and correct copy of an email I received from Plaintiff's counsel Jim McGuinness on November 15, 2023, concerning his communications with Mr. Renner's counsel.

14. Defendants will likely seek to depose Mr. Renner after obtaining the Agreements and related documents.

*Complainants*

15. Attached as **Exhibit O** is a true and correct copy of a subpoena Defendants have issued to one of the Complainants, Laurel Fish. The deposition was initially noted for February 21, 2024; however, the parties are in the process of rescheduling the deposition to early March 2024 to accommodate Plaintiff's counsel's schedules. Defendants intend to question Ms. Fish regarding the NDAs and other information subject to the NDAs.

DILORENZO DECLARATION ISO MOTION TO COMPEL
DISCLOSURE OF NDAs & RELATED DISCOVERY
Case No. 2:22-cv-00272-TOR - 4
4859-6963-5736v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

16. Defendants intend to depose one or more of the other Complainants and/or Mr. Garcia following Ms. Fish's deposition and anticipate questioning them regarding information subject to the NDAs.

**Notice of Motion**

17. I have provided notice of Defendants' intent to file this Motion to Plaintiff and three parties to the Agreements as follows:

    a. Plaintiff Faye Guenther, through Plaintiff's counsel

    b. Local 3000, through Plaintiff's counsel

    c. Eric Renner, through counsel Bill Gilbert at Gilbert Law Firm P.S.

    d. Teamsters 690, through counsel David Ballew at Reid, Ballew, Leahy & Holland LLP

18. Between January 31 and February 5, 2024, the investigator provided notice of Defendants' intent to file this Motion to the remaining parties to the Agreements: Laurel Fish, Adam Jackson, Katie Dugger, Amy Poston, Sandra Huggins, Leslie Cowin, Austin DePaulo, and Alex Garcia. None of these eight individuals objected to the relief Defendants seek.

19. On February 5, 2024, counsel for Plaintiff and Local 3000 confirmed that Plaintiff and Local 3000 do not object to the relief Mr. Emmons seeks in this Motion and do not object to Mr. Emmons's request to expedite the hearing date. Attached as **Exhibit P** is a true and correct copy of an email exchange between my co-counsel Sara Fairchild and Plaintiff's counsel regarding this Motion.

20. Defendants will serve a copy of this Motion and their accompanying Motion to Expedite Hearing Date on Plaintiff and all parties to the Agreements.

DILORENZO DECLARATION ISO MOTION TO COMPEL
DISCLOSURE OF NDAs & RELATED DISCOVERY
Case No. 2:22-cv-00272-TOR - 5
4859-6963-5736v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2024, in Portland, Oregon.

                               *s/ John A. DiLorenzo*
                               John A. DiLorenzo

DILORENZO DECLARATION ISO MOTION TO COMPEL DISCLOSURE OF NDAs & RELATED DISCOVERY
Case No. 2:22-cv-00272-TOR - 6
4859-6963-5736v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

***Attorneys for Plaintiff Faye Guenther and United Food and Commercial Workers Union Local 3000***

I further certify that on the same date, I caused the same document to be served by email and mail to the following:

Bill Gilbert
Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
bill@wagilbert.com
***Attorney for Eric Renner***

David W. Ballew
Reid, Ballew, Leahy & Holland L.L.P.
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119
david@rmbllaw.com
***Counsel for Teamsters Local 690***

Adam Jackson
636 East Magnesium Road
Apartment 353
Spokane, WA 99208
Adamyjackson1@gmail.com

DILORENZO DECLARATION ISO MOTION TO COMPEL
DISCLOSURE OF NDAs & RELATED DISCOVERY
Case No. 2:22-cv-00272-TOR - 7

4859-6963-5736v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Leslie Cowin
2  18901 East Buckeye Avenue
   Spokane Valley, WA 99022
3  Leslie-64@hotmail.com

4  Katie Dugger
5  7004 East Tenth Avenue
   Spokane Valley, WA 99212
6  Dugger38@gmail.com

7  Amy Poston
   10124 East Walton Court
8  Spokane, WA 99206
9  amieree@gmail.com

10 Austin DePaolo
   411 Northwest Flanders Street
11 Apartment 409
   Portland, OR 97209
12 Austin_glass@msn.com

13
   Sandra Huggins
14 28311 North Selkirk View Drive
   Chattaroy, WA 99003
15 Sandrah217@gmail.com

16
   Laurel Fish
17 3614 West Alice Avenue
   Spokane, WA 9920
18 Laurel.fish@gmail.com

19
   Alex Garcia
20 1503 South Rockwood Blvd
   Spokane, WA 99203
21 Ajgarcia2147@gmail.com

22

23

DILORENZO DECLARATION ISO MOTION TO COMPEL
DISCLOSURE OF NDAs & RELATED DISCOVERY
Case No. 2:22-cv-00272-TOR - 8

4859-6963-5736v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  I declare under penalty of perjury that the foregoing is true and accurate.

2  DATED this 6th day of February, 2024.

3

4  By: *s/Sara A. Fairchild*
   Sara A. Fairchild, WSBA #54419

DILORENZO DECLARATION ISO MOTION TO COMPEL
DISCLOSURE OF NDAs & RELATED DISCOVERY
Case No. 2:22-cv-00272-TOR - 9

4859-6963-5736v.2 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax