# EXHIBIT A

0010

August 23, 2021

Dear UFCW 1439 Executive Board Members and UFCW International Union Leadership,

We are coming forward as current and former employees of UFCW Local 1439 to express our deep concern about a pattern of abuse of power which requires an immediate response. We feel that it is necessary to bring these concerns to your attention because they affect our ability to fully and meaningfully represent our membership.

We believe that Eric Renner has created a toxic work environment in which the undersigned former employees feel that they have been wrongly forced out and in which the undersigned current employees have been marginalized and targeted. As you will see, we have directly witnessed what we believe to be sexism, discrimination, bullying, breaches of confidentiality, and the undermining of staff, workers, and union democracy. Every allegation made herein has been directly witnessed by one or more of us and each claim is true to the best of our individual knowledge.

Some of us worked for Local 1439 for decades over multiple administrations, while others came to the Union more recently hoping to make 1439 our home. We have served in many different roles as organizers, representatives, and administrators. Many of us who have left have gone onto have successful careers in the labor movement, opening our eyes to the unique abuse of power at Local 1439.

We believe that our work speaks to our commitment to this Local and its members. Sandra Huggins, Leslie Cowin, Amy Poston, and Austin DePaolo were among a number of employees who worked tirelessly to serve the needs of the membership yet attest to feeling forced out without just cause. During the past year, Adam Jackson led the Organizing Department to bring over 300 workers into the Local, winning our first RC election in over a decade. Laurel Fish contributed to the Twin City Foods campaign by utilizing earned media, introducing statewide legislation, and garnering community support to put the company on its heels. In the short time she has been an organizer, Katie Dugger has helped grow our Idaho membership. Despite this track record, Renner is currently threatening to cut funding for Laurel, Adam, and Katie.

In light of Renner's ongoing abuses of power, we cannot in good faith stay silent about our concerns. We feel that Renner's actions violate our union values, the mission of the International Union, our Collective Bargaining Agreement, and possibly nondiscrimination laws.

Our principle concerns are as follows:

**A Pattern of Sexism and Possible Discrimination**
Renner perpetuates sexist stereotypes and discriminates against women. Renner has told Adam that "as long as I have something to say about it, no woman will be President or in a leadership position." He has said that women are "too emotional" to make good Union leaders and that "not many women are capable of doing this work." He has declared his intention to keep Local 1439 a "testosterone filled workplace" and told Adam that his job is to "dominate" the women under him.

Along with these sexist justifications, Renner has failed to hire and/or retain women for non-administrative positions at an equal rate as men. He demotes female employees and makes them feel forced out of the union at a higher rate than their male peers. He criticizes women that he sees as "pushy." Of the seven employees who have expressed that they were forced out by Renner (in his

1

Confidential                                                                                                          UFCW-EMMONS_000043

capacity as President), five are women and one is a man who Renner said was "too emotional." By contrast, as President, Eric has hired seven non-administrative staff members. Five of them were men and we believe he is currently targeting both women for potential removal.

We have multiple examples of Renner's double standards for female and male employees. First, he has claimed that women are "too assertive" for voicing the same opinions or engaging in the same actions as male employees. Second, he has taken away responsibilities from a female employee even when she had the same job title as a male counterpart. For instance, he recently forbid a female organizer from doing house visits by herself, implying that it would be too dangerous for an attractive woman. These double standards make it difficult for women to match men's job performance.

Instead of supporting working mothers, Renner appears to engage in unfair retaliation and comes dangerously close to violations of FMLA protections. He has complained about at least three employees who chose to take FMLA parental leave. One of them (Katie Dugger) was originally hired with the plan of being a Business Representative. However, when she became pregnant, Renner convinced her to move to Membership Services with the understanding that she would be a Business Rep when the next position became available. When Renner became aware that Katie had spoken with her union representative about being treated unfairly, he gave the next Business Rep position to a man, saying that he "didn't want to reward bad behavior."

Equally importantly, Renner's lewd comments about women make staff feel disrespected and demeaned. For example, he has commented repeatedly about female staff members and International Union officers "big butt[s]." When he assigned Katie to the Organizing Department, he justified the placement by implying she would be successful because of her looks, asking Adam "can you imagine saying no to her?" On at least one occasion, Renner encouraged male employees to imagine a specific female employee engaged in sex acts.

Such comments are especially troubling given Renner's apparent pattern of actively condoning inappropriate sexual relationships in the workplace and with members. Renner bragged to Adam about having relationships with members: "when I was a Rep, I had girls I was sleeping with all around my route." Renner has told Adam that "you seem like a happily married guy but with this job you'll have opportunities. As long as you are discrete I won't blame you for being a guy." Adam also witnessed Renner telling Armando Rivera that he would condone sexual relationships with members. Renner told Katie that "we aren't supposed to date members, but if you do, make sure to keep it hush hush." In addition, Renner encourages an uncomfortable work environment for female employees, egging Rivera onto Katie by asking whether he's "hit that yet."

Considered together, Renner's fixation on women's bodies, sexual innuendo, apparent gender bias, and inappropriate actions create a hostile and demeaning work environment where women are unable to do their best work. The International Union bylaws call on us to "organize, unite, and assist persons," without regard to sex, and we believe that staff deserve the same respect in order to fully carry out this mission.

### A Pattern of Bullying Behavior

More broadly, Renner demonstrates a pattern of systematically purging competent employees. Since he became President, Renner has been responsible for making numerous employees feel that Local 1439 is a toxic work environment. Instead of following the process for discipline or termination

2

designated in the Teamsters CBA, Renner engages in relentless, unprofessional mockery and bullying until employees resign.

Worse, Renner makes it clear that participation in the bullying is practically a condition of employment. For instance, several of the undersigned witnessed Renner leading the staff in mocking Alex Garcia's mannerisms on a nearly daily basis. In doing so, Renner repeatedly and inaccurately employed homophobic language, claiming that Alex was not masculine enough and facetiously calling a male EBoard member Alex's "girlfriend." Coupled with his habit of purging out-of-favor staff, we feel that Renner's character assassinations have created a witch-hunt atmosphere in which staff feel compelled to speak against their peers out of fears they will be targeted next.

The undersigned former employees attest that such unprofessional behavior is nothing new, citing Renner's use of similar patterns even before he became President. Renner's strategy has apparently not changed. Recently, he has switched from praising Laurel for taking initiative, to removing her responsibilities and effectively demoting her. He openly tells staff that he is punishing her by refusing to speak with her. Eric has threatened to retaliate by cutting IU subsidies to the entire Organizing Department. Meanwhile, Renner continues his pattern of mockery towards Laurel and Adam, alleging that the only reason Adam supports her is because they are "conjoined at the hip" and that she has "brainwashed" him.

Renner's unprofessional behavior extends to disrespecting other elected officers of the Union. For example, multiple staff have observed Renner mocking a current elected officer's mental capacity in front of rank-and-file bargaining committee members, calling him "slow train" and making fun of his text messages. He shows no respect for personal tragedies. When discussing one officer, he told Adam and Laurel that, "I don't give a shit about his dying wife." Meanwhile, Laurel and Adam have personally witnessed Renner mockingly impersonate the union attorney. He told Laurel and Adam that the attorney was being given assignments as a punishment to show him "who was boss."

### Breaches of Confidentiality

As part of this pattern of bullying, Renner repeatedly fails to follow chain of command by sharing confidential personnel information with junior employees. For example, shortly after Laurel was hired, Renner spoke to her on multiple occasions about a former elected officer, discussed his write ups, detailed concerns about his work performance, and claimed that the office staff disliked him. Instead of talking to Laurel directly about his concerns with her, Renner goes behind her back to complain to other staff members.

Even when the information Renner shares may not be legally confidential, his disparaging remarks constitute a violation of section 17.5 of the CBA ("if any staff has occasion to discuss members of the bargaining unit with other bargaining unit members, said discussion shall be of a positive nature, contributing to high morale, personal esteem, trust, mutual respect, and team effort.")

### Undermining Staff

Renner regularly undermines staff members and makes it difficult for them to do their jobs effectively. The undersigned former employees attest that Renner has a long-established habit of demoting staff members without just cause. At times, Renner's attitude towards demotions is deeply irrational, contradictory, or even incoherent. For instance, Renner recently claimed that he has "no idea how Laurel got the idea she was Political Director" even though Laurel had received an email from Renner promoting her to the position. More generally, several of us have experienced a

Confidential

UFCW-EMMONS_000045

pattern in which Eric punishes us by taking away almost all our job responsibilities, and then complains that we have nothing to do.

Additionally, Renner hurts productivity and morale by misusing his own and others' time. Renner regularly requires in-favor staff members to go with him on personal errands during work hours (taking unjustifiably long lunches, visiting topless barista stands, picking up dry cleaning, going to his lake house, collecting rent from private tenants). Many of us have seen Renner spending up to five hours a day forcing employees to listen to his complaints about other staff, taking away time that could be used to represent members.

In our judgment, Renner frequently mistakes competence for insubordination. In conversations with Adam, Renner has expressed fears that almost everyone—staff, leaders of other Locals, and the IU—is out to get him. We have seen that the fastest way to become his target is to do your job well. As a result, Renner appears to feel most threatened by his most dedicated employees. When he targets them for removal, it is ultimately members who suffer most from the high rate of turnover.

### Marginalizing Workers and Undermining Union Democracy

Lastly, we are bringing these concerns to you because we believe that Renner's failure to include workers in their own Union violates the International Union's commitment to protect "the basic principles of democracy and democratic unionism."

Renner erodes members' faith in the Union by preventing democratic access and participation. For example, when Twin City Foods unilaterally changed overtime policies and forced workers to work a 12-hour shift on their day off for less money, Eric refused to file NLRB charges because it might "upset" the company. During TCF bargaining, Laurel translated for workers who spoke Spanish. Renner then banned her from negotiations out of paranoia that she was attempting to turn workers against him, making workers less comfortable expressing their opinions. Renner also capitulated to the company's request to send committee members back to work on the last day of bargaining, meaning that they could not fully participate in key decisions about their own contract. In light of such concessions, workers raised concerns that they felt bullied into accepting a deal rather than encouraged to fight for the contract they deserved.

Finally, Renner fails to cultivate democratic leadership. In addition to forcing out a series of competent staff members, including several he previously identified as future leaders, Renner has made little effort to fill positions on the Executive Board (one-quarter of the seats are currently vacant). Meanwhile, Renner negotiated the entire Spokane city-wide grocery contract without a bargaining committee. As a result, members learned that their contract had already been negotiated when they got a notice in the mail.

Although we would have liked to raise these concerns with Renner directly, we felt both unsafe and unable to do so. He has repeatedly refused to meet with or even acknowledge those of us who he targets. We are also concerned about Renner's explosive temper. Renner admits to having anger management problems. One or more of us has observed the following: Renner having road rage while driving staff members in his car, bragging about carrying a gun, and showing off his gun while driving aggressively. More than one of us have witnessed Renner furiously shouting at bystanders and homeless people. On one occasion, Renner accosted an unarmed bicyclist, claiming that the only reason he did not kill him was because Adam "talked him off the ledge." Such public incidents make us concerned about Renner's inability to promote the Local's "positive, helpful, patient, and professional image" (as per the CBA).

4

Additionally, Renner's explosive temper has made us reluctant to raise issues when they arise and contributes to our decision to voice our concerns collectively.

Because we care deeply about the Union's broader mission, we sincerely hope that our concerns can be resolved internally rather than requiring outside recourse. In addition to Renner's pattern of failing the workers and staff, we are concerned that his actions expose UFCW to substantial liability. Accordingly, we are bringing these concerns to you first in the hopes that you will seriously consider whether Renner's leadership is in the best interest of the Union.

It would be easiest for those of us still working at Local 1439 to quietly move on to other jobs where we would be treated more fairly. However, given this long train of abuses, we feel that doing so would be a disservice to those Renner has already targeted and those who may be targeted in the future.

In light of these issues, we ask that you immediately launch a comprehensive independent investigation, take appropriate reparative actions, and provide ongoing accountability measures to remedy the concerns we raise here. We are prepared to testify and provide further verification of these statements.

Sincerely,

Adam Jackson, Organizing Director 2019 – present

Laurel Fish, Organizer & Director of Strategic Campaigns 2020 – present

Katie Dugger, Membership Services/Organizer 2019 – present

Sandra Huggins, Benefits Director 2003 – 2020

Leslie Cowin, Membership Services/Administrative Assistant 2010 – 2020

Amy Poston, Office Assistant/Administrative Assistant 2007 – 2015

Austin DePaolo, Organizer & Business Representative 2011 – 2015