# EXHIBIT B

# UFCW
## America's Food and Retail Union

Confidential

VIA ELECTRONIC AND
REGULAR MAIL

September 16, 2021

Mr. Adam Jackson
Member, UFCW Local No. 1439
5024 North Walnut Street
Spokane WA  99205-5455

Ms. Laurel E. Fish
Member, UFCW Local No. 1439
28 East 40th Avenue
Spokane WA  99203-2749

Ms. Katie Dugger
Member, UFCW Local No. 1439
4518 South Pierce Court
Spokane Valley WA  99206-9465

Dear Brother and Sisters:

Thank you for your e-mail of September 13, 2021, with attached August 23, 2021 letter, expressing your concerns regarding the President of UFCW Local No. 1439 (Local 1439), Eric Renner (Renner).  Please know the International Union takes all allegations of workplace harassment and/or abuse of power very seriously.  The International Union has long had policies and practices in place to promote collegiality in the workplace and to ensure its members are treated with dignity and respect.

Your letter, addressed to both the International Union and Local 1439's executive board, raises concerns regarding Renner's conduct as the chief executive officer of Local 1439.  It requires a thorough review and, if the allegations are proven true, remedial action.  It is my understanding that Local 1439 agrees and is retaining outside legal counsel to conduct an independent investigation into the allegations raised.  This is an appropriate response to your concerns.  Thus, while I retain my authority as International President under Article 10(E)1 of the International Constitution to resolve disputes between chartered bodies and members thereof, I believe it is best to allow Local 1439 the opportunity to conduct its review and address the matters raised in your letter.  If, after Local 1439's investigation has been completed, Local 1439 has either acted or declined to act to resolve the concerns raised in your letter, and you are unsatisfied with the outcome, you may raise your objections to the investigation, and/or Local 1439's response to your allegations, to me for consideration.

**Anthony M. Perrone,** *International President*
**Shaun Barclay,** *International Secretary-Treasurer*

United Food & Commercial Workers International Union, AFL -CIO, CLC
1775 K Street, NW • Washington DC 20006-1598
Office (202) 223-3111 • Fax (202) 466-1562 • www.ufcw.org

UFCW-EMMONS_000048

Mr. Adam Jackson
Ms. Laurel Fish
Ms. Katie Dugger                                      September 16, 2021

- 2 -

I thank you for allowing the UFCW the opportunity to respond to your concerns and encourage you to fully comply with the investigation. All chartered bodies of the International Union must foster safe and respectful workplaces as well as provide due process to all members and/or officers. We do not presume or assume any member and/or officer has acted unethically or inappropriately or that our democratic institutions are fully free from insidious actions that undermine our commitment to dignity and respect in the workplace. Rather, we strive to do our best to live up to the ideals and fundamental principles of what the UFCW and union democracies stand for.

Please know that there is nothing more important to me than the members of our UFCW family. Listening to your thoughts, working with you, and doing everything we can to address your concerns, is an important part of how we make our Union family stronger.

Thank you for being a valuable part of our Union family.

Sincerely and fraternally,

International President

0018

Confidential                                      UFCW-EMMONS_000049