# EXHIBIT C

**From:** Jim McGuinness <jim@mcguinnessstreepy.com>
**Sent:** Friday, September 8, 2023 5:22 PM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>
**Cc:** Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Subject:** Guenther v. Emmons et al.

**[EXTERNAL]**

John,

This is in response to documents you requested on a call with us related to your letter from August 29, 2023. My understanding is that you wanted any reports or correspondence with findings of fact related to an investigation into a complaint letter that you provided with a date of August 23, 2021.

We appreciate that your request appears to be aimed at avoiding requesting attorney-client privileged documents and most work product. However, in answering this request, I raise both objections. Additionally, plaintiff objects based on failure of the defendants to demonstrate substantial need and undue hardship in obtaining the requested factual information elsewhere.

Without waiving the objections, we have been authorized to disclose that there was no report or correspondence with findings of fact. Any request for documents related to the investigation should be made to UFCW Local 3000 through us as counsel. However, there are some documents that we believe are beyond the scope of your request that we would be willing to discuss with you. Maybe a short call next week to discuss further would be helpful. Thank you.

Sincerely,
James G. McGuinness

Streepy Law, PLLC

(253) 528-0274 (direct line)