# EXHIBIT D

**From:** Jim McGuinness <jim@mcguinnessstreepy.com>
**Sent:** Thursday, November 2, 2023 4:08 PM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>
**Cc:** Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Subject:** Guenther v. Emmons et al.

**[EXTERNAL]**

Hi John
Per our telephone conversation yesterday, attached is the NDA language in the 1439 agreements.
Sincerely,

James G. McGuinness

Streepy Law, PLLC

406-300-2072 (cell)

1

0022

9. <u>Confidentiality & Non-Disparagement.</u> UFCW 1439, Renner, Complainants and Teamsters 690 (collectively, "the parties") agree to keep the terms of this General Release and Complaint Settlement confidential. The parties agree not to engage in any vilification of the other, including, but not limited to, management style, methods of doing business, the quality of representation and services provided, role in the community, or treatment of employees. Renner, Complainants and Teamsters 690 will take no action which is intended to, or would reasonably be expected to, harm UFCW 1439. Renner agrees to take no action which is intended to, or would reasonably be expected to, harm the Complainants or Teamsters 690. Complainants and Teamsters 690 agrees to take no action which is intended to, or would reasonably be expected to, harm Renner. However, nothing in this Agreement shall prohibit any party's disclosure of information which is required to be disclosed in compliance with applicable laws or regulations or by order of a court or other regulatory body. The parties agree to take reasonable steps to ensure the privacy and non-dissemination of any documents, texts, videos, statements or other evidence related to the complaints listed in the September 13, 2021 Complaint Letter.

0023