# EXHIBIT E

| | |
|---|---|
| **From:** | Aaron Streepy <Aaron@mcguinnessstreepy.com> |
| **Sent:** | Thursday, February 1, 2024 8:57 AM |
| **To:** | Fairchild, Sara; DiLorenzo, John; Jim McGuinness |
| **Cc:** | Kumar, Ambika; Himes, Meagan; DiLorenzo, John |
| **Subject:** | Re: Motion to compel production in Guenther v. Emmons |

**[EXTERNAL]**

Sarah,

That is the hold up. Parties to an NDA include:

UFCW 1439 (Jeff Hofstader, Secretary-Treasurer)

Teamsters #690 Taj Wilkerson represented:
1. Laurel Fish (UFCW 1439 Political Director/Organizer)
2. Adam Jackson (UFCW 1439 Organizing Director)
3. Katie Dugger (UFCW 1439 Union Representative)

Former employees:
1. Amy Poston – Former employee
2. Sandra Huggins – Former Benefits Director of UFCW 1439
3. Leslie Cowin – Former employee
4. Austin DePaulo – Former employee
5. Alex Garcia – Former officer of UFCW 1439 (represented by counsel as previously disclosed)

I can get their contact information but I've just been on the road or sick quite a bit and haven't had an opportunity to review the file. I'd also like to note that we've previously taken the position that Local 3000 does not object to the production of the NDAs provided the other parties also do not object. We also have no objection to the Defendants' investigators or attorneys discussing their position on waiving the NDA portion of the settlement or to ask questions about the complaint letter itself. However, L3000 has not agreed to allow questioning of former Director level employees or officers about communications made to counsel after the complaint letter was sent or communications made unrelated to the complaint letter in their roles as Directors or Officers. Please let us know if you would like to discuss this further.

And I can probably get you the emails and/or phone numbers for the parties to the NDA later today as I'm finally back at my desk today.

Thanks,
Aaron

---

**From:** Fairchild, Sara <SaraFairchild@dwt.com>
**Date:** Tuesday, January 30, 2024 at 4:45 PM
**To:** Aaron Streepy <Aaron@mcguinnessstreepy.com>, DiLorenzo, John <johndilorenzo@dwt.com>, Jim McGuinness <jim@mcguinnessstreepy.com>
**Cc:** Kumar, Ambika <AmbikaKumar@dwt.com>, Himes, Meagan <MeaganHimes@dwt.com>, DiLorenzo, John

<johndilorenzo@dwt.com>
**Subject:** RE: Motion to compel production in Guenther v. Emmons

Thanks, Aaron.  Yes, please provide the names of all parties to the agreements and any contact information you have for them.  If you don't have contact information readily available, we can try to track it down.

**Sara Fairchild**   She/Her/Hers
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8234   **E** sarafairchild@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Sent:** Tuesday, January 30, 2024 4:41 PM
**To:** Fairchild, Sara <SaraFairchild@dwt.com>; DiLorenzo, John <johndilorenzo@dwt.com>; Jim McGuinness <jim@mcguinnessstreepy.com>
**Cc:** Kumar, Ambika <AmbikaKumar@dwt.com>; Himes, Meagan <MeaganHimes@dwt.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** Re: Motion to compel production in Guenther v. Emmons

**[EXTERNAL]**

Sarah,

One former employee was represented by counsel. Alex Garcia's attorney was:

Andrew Biviano
522 W. Riverside Ave., Suite 550
Spokane, WA 99201
abiviano@pt-law.com
509-232-7760

Teamsters were not represented by counsel. It looks like you were able to track down an attorney for them.

There were three former employees of UFCW 1439 who were not represented by counsel. Were you still looking for their contact information?

Aaron

**From:** Fairchild, Sara <SaraFairchild@dwt.com>
**Date:** Friday, January 26, 2024 at 2:02 PM
**To:** Aaron Streepy <Aaron@mcguinnessstreepy.com>, DiLorenzo, John <johndilorenzo@dwt.com>, Jim McGuinness <jim@mcguinnessstreepy.com>
**Cc:** Kumar, Ambika <AmbikaKumar@dwt.com>, Himes, Meagan <MeaganHimes@dwt.com>, DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: Motion to compel production in Guenther v. Emmons

Thanks.  Could you also share contact information for the other parties to the agreement or their counsel?

**Sara Fairchild**   She/Her/Hers
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8234   **E** sarafairchild@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Sent:** Friday, January 26, 2024 1:57 PM
**To:** Fairchild, Sara <SaraFairchild@dwt.com>; DiLorenzo, John <johndilorenzo@dwt.com>; Jim McGuinness <jim@mcguinnessstreepy.com>
**Cc:** Kumar, Ambika <AmbikaKumar@dwt.com>; Himes, Meagan <MeaganHimes@dwt.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** Re: Motion to compel production in Guenther v. Emmons

**[EXTERNAL]**

Three of them on October 8, 2021 and two on October 9, 2021.

---

**From:** Fairchild, Sara <SaraFairchild@dwt.com>
**Date:** Friday, January 26, 2024 at 1:53 PM
**To:** Aaron Streepy <Aaron@mcguinnessstreepy.com>, DiLorenzo, John <johndilorenzo@dwt.com>, Jim McGuinness <jim@mcguinnessstreepy.com>
**Cc:** Kumar, Ambika <AmbikaKumar@dwt.com>, Himes, Meagan <MeaganHimes@dwt.com>, DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: Motion to compel production in Guenther v. Emmons

Thanks, Aaron.  Could you give us the dates the NDAs were executed?

**Sara Fairchild**  She/Her/Hers
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8234   **E** sarafairchild@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Sent:** Friday, January 26, 2024 1:48 PM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>; Jim McGuinness <jim@mcguinnessstreepy.com>
**Cc:** Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>; Himes, Meagan <MeaganHimes@dwt.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** Re: Motion to compel production in Guenther v. Emmons

**[EXTERNAL]**

John,

There are 5 NDAs. They included Eric Renner as a party.

I only represented UFCW 1439 and make no representation on whether any of the other parties to the NDAs (Teamsters 690, then current employees, then former employees, then former officer, or Eric Renner) have any objection to your client's motion.

Let me know if you have any additional questions.

Aaron

3

0027

**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Date:** Thursday, January 25, 2024 at 5:41 PM
**To:** Jim McGuinness <jim@mcguinnessstreepy.com>, Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Cc:** Fairchild, Sara <SaraFairchild@dwt.com>, Kumar, Ambika <AmbikaKumar@dwt.com>, Himes, Meagan <MeaganHimes@dwt.com>, DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: Motion to compel production in Guenther v. Emmons

Thanks Jim.  I will await Aaron's response.

**John DiLorenzo**
**Partner,** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars

**P** 503.778.5216  **C** 503.704.5162  **E** johndilorenzo@dwt.com
**A** 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610
**DWT.COM**

---

**From:** Jim McGuinness <jim@mcguinnessstreepy.com>
**Sent:** Thursday, January 25, 2024 4:31 PM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>; Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Cc:** Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>; Himes, Meagan <MeaganHimes@dwt.com>
**Subject:** Re: Motion to compel production in Guenther v. Emmons

**[EXTERNAL]**

John:
Under the circumstances, it makes sense to us that you would present it as an unopposed motion by the Defendant.  Aaron will be back in the office tomorrow and can confirm an answer to your questions about the number of NDA's.
Sincerely,

James G. McGuinness

Streepy Law, PLLC

406-300-2072 (cell)

---

**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Sent:** Wednesday, January 24, 2024 2:57 PM
**To:** Jim McGuinness <jim@mcguinnessstreepy.com>; Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Cc:** DiLorenzo, John <johndilorenzo@dwt.com>; Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>; Himes, Meagan <MeaganHimes@dwt.com>
**Subject:** Motion to compel production in Guenther v. Emmons

Hello Jim and Aaron,

Attached is a draft of a stipulated motion to compel and a declaration in support.  I would appreciate you reviewing what we propose to file and letting me know whether you will stipulate to the motion.  If not, we will file alone.  Also can you let me know how many NDAs were obtained and whether Renner is himself a party to the NDAs?  Thanks.



**John DiLorenzo**
**Partner |** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars
**P** 503.778.5216  **C** 503.704.5162  **E** johndilorenzo@dwt.com
**A** 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610

**DWT.COM**   in  X