# EXHIBIT F

UNION MERGER AGREEMENT

In order to build a larger and stronger union better able to meet today's challenges; to more effectively represent members and negotiate contracts; to more aggressively organize essential workers; to achieve greater efficiency and stability; and to protect and enhance the well-being of the membership, United Food and Commercial Workers Union Local No. 21 (hereinafter referred to as **Local No. 21**) and United Food and Commercial Workers Local No. 1439 (hereinafter referred to as **Local No. 1439**) agree that their Local Unions shall merge into the Local Union on the terms and conditions set forth below.

1. Local No. 21 and Local No. 1439 shall merge, effective March 1, 2022, and the newly merged Local Union shall be known as United Food and Commercial Workers Union, **Local No. 3000** (hereinafter referred to as **Local No. 3000**).

2. Local No. 3000 shall be governed by the UFCW International Constitution, this merger agreement and Local 21's Bylaws until such time Local No. 3000 adopts new bylaws.  During the period ending September 30th, 2023, in the event of any conflict between any provision of the International Constitution or Local No. 21's Bylaws and any of the terms of this merger agreement, the terms of this merger agreement shall govern.

3. From March 1, 2022 through September 30th, 2023 the officers of the newly merged Local Union shall be as follows:

|  |  |
|---:|---|
| **President** | Faye Guenther |
| **Secretary Treasurer** | Joseph Mizrahi |
| **Recorder** | Maria Milliron |

| | | |
|---:|---|---|
| **Former Local No. 1439 EBoard to be Local No. 3000 Vice Presidents** | Ana Alvarez | Judy Wick |
| | Craig (CJ) Banning | Kinzie Michael |
| | James Perez | Michelle Pecora |
| | Jeff Hofstader | Robert Allen |
| | Jeff Terpening | Shannon Corrick |
| | Jeff White | Sharon Pearson |
| | Jodee VanGog | Vanessa Roessner |

| | | | |
|---:|---|---|---|
| **Former Local No. 21 EBoard to be Local No. 3000 Vice Presidents** | Ames Reinhold | Greg Brooks | Mohamed Muhidin |
| | Amy Dayley | Gregg Barney | Naomi Oligario |
| | Ashley Price | Heidi Odom | Patricia Brown |
| | Atsuko Koseki | Jeff Smith | Richard Waits |
| | Carolyn Kennedy | J'nee Delancey | Rob Shauger |
| | Christina Gonzales Castaneda | Kyong Barry | Roger Yanez |
| | Cindy Franck | Maggie Breshears | Sam Dancy |
| | Cliff Powers | Maroot Nanakul | Scott Shiflett |
| | Cyndi Kirkpatrick-Cockett | Marsha Kaye Balk | Sia Tinoisamoa |
| | Derek Roybal | Matthew Skews | Tami Ottenbreit |
| | Emily Hunter | Mike Nord | Wil Peterson |
| | Fredel Albritton | | |

4. Article VII of Local No. 21's Bylaws designates local union Vice Presidents by Division and geography.  The merged organization shall consist of a 51-member board including the President, Secretary-Treasurer, Recorder and 48 Vice Presidents consistent with the divisions and geographies currently designated in Local No. 21's

0031

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UFCW-EMMONS_0000158

Bylaws with the following additional positions: Retail Grocery East Positions 1, 2, 3; 1 Retail Meat East and 1 Retail Meat at large; and 1 Cannabis Position at Large; and 2 Food Processing at large.

The Executive Boards of Local No. 21 and Local No. 1439 shall be combined as identified in paragraph 3 above.

5. The officers and employees of Local No. 1439 or any other person holding any assets or property of Local No. 1439 shall be empowered and authorized and may be required from time to time on and after the effective date of this merger to execute and deliver or cause to be executed and delivered upon request of Local No. 3000 all such deeds documents authorizations or instruments as may be necessarily appropriate or indicated in order to convey transfer or confirm the right title and interest of Local No. 3000 in and to such assets or property.

6. Local No. 3000 shall maintain the current union offices of Local No. 1439 and Local No. 21 in Yakima, Mount Vernon, and Des Moines. Local No. 3000 will continue to operate union offices in Spokane and Kitsap County. A sub-committee of executive board and staff will be convened to determine the future office needs of Local No. 3000, which may include retaining all current Spokane offices, moving staff into one of the offices, or purchasing a new office.

7. Local No. 3000 shall also assume all obligations of Local No. 1439 and Local No. 21 of every kind and character including collective bargaining obligations and shall succeed to every and all rights and privileges of Local No. 1439 and Local No. 21 as of and subsequent to the effective date of the merger. The merger shall not be deemed to impair, alter, or otherwise affect any rights, privileges, duties, and responsibilities vested at the time of the merger in any of the Local Unions party to this agreement.

8. On the effective date of this merger the members in good standing in Local No. 1439 and Local No. 21 shall become and remain members in good standing of Local No. 3000 without payment of any initiation fee. The accumulated membership standings of the members of Local No. 1439 and Local No. 21 shall be considered for Local Union purposes the membership standings in Local No. 3000 and shall be reflected in the membership records thereof.

9. No dues rates shall be increased as a result of this merger. All current Local No. 1439 dues rates will be reviewed and those determined to exceed the applicable dues rates of Local No. 21 shall be converted to the lower Local No. 21 dues rates within six months of the effective date of this merger agreement, as appropriate and consistent with the International Constitution.

10. The merger shall not be deemed to impair or otherwise affect any federal or state certification of Local No. 1439 or Local No. 21 as a collective bargaining representative or agent or any right or obligation of Local No. 1439 or Local No. 21 under any collective bargaining agreement for checkoff authorizations; but all rights, privileges, duties, and responsibilities vested in Local No. 1439 or Local No. 21 pursuant to such certifications agreements or authorizations are to be deemed vested in Local No. 3000.

11. Any health and welfare trust or pension trust to which Local No. 1439 or Local No. 21 is a party shall not be deemed to be altered by virtue of this merger. All rights, privileges, and directions of powers of appointment vested in Local No. 1439 or Local No. 21 and relative to such trust shall become vested in and exercisable in Local No. 3000 acting and through its appropriate officers or executive board.

12. The officers of Local No. 1439 and Local No. 21 are directed and instructed to take any and all necessary and indicated steps to fulfill the provisions of this agreement and shall serve in their respective official capacities until the effective date of the merger at which time their official terms of office shall expire.

    The staff of Local No. 1439 and Local No. 21 will become staff of Local No. 3000 and there will be no layoffs as a result of this merger.

13. The parties to this agreement intend that the provisions of this agreement be separable.  Should any provision or provisions of this agreement be held invalid by any court or agency of competent jurisdiction such decision shall not affect the validity of the remaining provisions of this agreement and the remaining provisions shall continue in full force and effect.

14. This merger agreement shall expire on September 30, 2023 and subsequently Local No. 3000 shall continue to be governed by the UFCW Constitution and Local No. 21's Bylaws or those adopted by Local 3000, as applicable.

15. This agreement has been approved by the respective Executive Boards of Locals No. 21 and Local No. 1439 and shall be submitted to a vote of the respective memberships of Locals No. 21 and Local No. 1439.  Following approval by the membership this agreement shall be submitted to the UFCW International Executive Committee for its approval.  If this agreement is not so approved, it shall be null and void and of no effect.

16. The parties hereto certify that they execute this agreement with the full authority to do so by their respective Local Unions and that each of the merging Local Unions shall be fully and completely bound in accordance with the provisions herein contained.

                Signed this __14th__ day of ___December___ 2021

_____  
Eric Renner  
United Food and Commercial  
Workers International Union  
Local Union No. 1439

_____  
Faye Guenther  
United Food and Commercial  
Workers International Union  
Local Union No. 21

0033

Confidential