# EXHIBIT K

**From:** Jim McGuinness <jim@mcguinnessstreepy.com>
**Sent:** Thursday, November 9, 2023 12:22 PM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>
**Cc:** Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Subject:** Re: Guenther v. Emmons et al.

**[EXTERNAL]**

Hi John:
I want to follow up on our brief telephone conversation yesterday about this subject. Our concern is whether disclosing the agreements in response to a subpoena qualifies under the "applicable law or regulation" language of the NDA. We are not aware of any authority characterizing a FRCP as a law or regulation. If you have any authority to that effect, it may ease our concern over production. Also, are you available tomorrow or Monday to discuss the other issue you raised concerning the scope of the term "grievance" or "complaint." I want to make sure I understand how you wish to adjust the meaning I believed we had assigned it in a previous conversation.
Sincerely,

James G. McGuinness

Streepy Law, PLLC

406 -300-2072 (cell)

**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Sent:** Friday, November 3, 2023 3:22 PM
**To:** Jim McGuinness <jim@mcguinnessstreepy.com>
**Cc:** Aaron Streepy <Aaron@mcguinnessstreepy.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: Guenther v. Emmons et al.

# Hi Jim and Aaron,
I will want all the releases. I believe the language clearly indicates that the NDA provisions do not apply to testimony compelled by law. Also, I am curious as to why anyone would elect to be bound to an NDA provision like this absent consideration. So, we are going to need documents that relate to the Renner settlements. Let me know when you can begin producing documents.

**John DiLorenzo**
**Partner,** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars

**P** 503.778.5216  **C** 503.704.5162  **E** johndilorenzo@dwt.com
**A** 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610

DWT.COM

---

**From:** Jim McGuinness <jim@mcguinnessstreepy.com>
**Sent:** Thursday, November 2, 2023 4:08 PM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>
**Cc:** Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Subject:** Guenther v. Emmons et al.

**[EXTERNAL]**

---

Hi John

Per our telephone conversation yesterday, attached is the NDA language in the 1439 agreements.
Sincerely,

James G. McGuinness

Streepy Law, PLLC

406-300-2072 (cell)