# EXHIBIT M

| | |
|---|---|
| **From:** | Bill Gilbert <bill@wagilbert.com> |
| **Sent:** | Tuesday, January 23, 2024 12:43 PM |
| **To:** | DiLorenzo, John; Colleen Hackley; Fairchild, Sara; Kumar, Ambika; Mark King; Eric Renner |
| **Cc:** | Jim McGuinness; Himes, Meagan; Aaron Streepy; DiLorenzo, John |
| **Subject:** | Re: E. Renner |

**[EXTERNAL]**

John,

I apologize for the delay in responding. Mr. Renner is a non-party witness. He is not going to consent to disclosure of documents governed by confidentiality and non-disparagement clauses absent a Court order – as required by the agreements.

On another note, I have been trying to get Faye Guenther's counsel onboard on the settlement proposal I tossed out last month. They are interested in discussing the options I proposed, but it sounds like they want to complete a couple depositions before agreeing to terms.

Give me a call to discuss.

Bill Gilbert
Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
Phone:(509)321-0750
Direct:(509)639-1018
Fax: (509)343-3315


"There are not enough Indians in the world to defeat the Seventh Cavalry."
George Armstrong Custer

---

**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Date:** Tuesday, January 9, 2024 at 9:31 AM
**To:** Bill Gilbert <bill@wagilbert.com>, Colleen Hackley <colleen@wagilbert.com>, Fairchild, Sara <SaraFairchild@dwt.com>, Kumar, Ambika <AmbikaKumar@dwt.com>, Mark King <mark@wagilbert.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>, Himes, Meagan <MeaganHimes@dwt.com>, Aaron Streepy <Aaron@mcguinnessstreepy.com>, DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: E. Renner

Hi Bill,

I just left a message on your cell phone.  Please call me when you can.  I need to know whether your client will consent to furnishing the defendant with the NDAs that were negotiated by Mr. Streepy on your client's behalf and whether he will further consent to permitting those bound by the NDAs to testify (notwithstanding their terms) in our proceeding.  The plaintiff and the Locals who were parties to the NDAs have consented.  Most of the complainants against Mr. Renner have also expressed a willingness to testify provided the requirements of the NDA can be waived.  So, your client is the only hold out.  If we cannot work this out, I intend to notify Judge Rice this week and file a motion to compel production (and seek fees).  Thanks.

**John DiLorenzo**
**Partner,** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars

**P** 503.778.5216  **C** 503.704.5162  **E** johndilorenzo@dwt.com
**A** 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610
DWT.COM

---

**From:** Bill Gilbert <bill@wagilbert.com>
**Sent:** Tuesday, January 2, 2024 5:02 PM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>; Colleen Hackley <colleen@wagilbert.com>; Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>; Mark King <mark@wagilbert.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>; Himes, Meagan <MeaganHimes@dwt.com>; Aaron Streepy <Aaron@mcguinnessstreepy.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** Re: E. Renner

[EXTERNAL]

That works

Bill Gilbert
Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
Phone:(509)321-0750
Direct:(509)639-1018
Fax: (509)343-3315

"There are not enough Indians in the world to defeat the Seventh Cavalry."

George Armstrong Custer

---

**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Date:** Tuesday, January 2, 2024 at 2:34 PM
**To:** Bill Gilbert <bill@wagilbert.com>, Colleen Hackley <colleen@wagilbert.com>, Fairchild, Sara <SaraFairchild@dwt.com>, Kumar, Ambika <AmbikaKumar@dwt.com>, Mark King <mark@wagilbert.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>, Himes, Meagan <MeaganHimes@dwt.com>, Aaron Streepy <Aaron@mcguinnessstreepy.com>, DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: E. Renner

## Sure thing.  Why don't I ping you on Monday?

**John DiLorenzo**
**Partner,** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars

**P** 503.778.5216   **C** 503.704.5162   **E** johndilorenzo@dwt.com
**A** 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610

**DWT.COM**

---

**From:** Bill Gilbert <bill@wagilbert.com>
**Sent:** Tuesday, January 2, 2024 2:13 PM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>; Colleen Hackley <colleen@wagilbert.com>; Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>; Mark King <mark@wagilbert.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>; Himes, Meagan <MeaganHimes@dwt.com>; Aaron Streepy <Aaron@mcguinnessstreepy.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** Re: E. Renner

**[EXTERNAL]**

---

John,

I am waiting on a call from Aaron Streepy regarding the proposal for resolution of the case that you and I discussed.  Give me the rest of this week?

Bill Gilbert
Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
Phone:(509)321-0750
Direct:(509)639-1018
Fax: (509)343-3315

"There are not enough Indians in the world to defeat the Seventh Cavalry."

George Armstrong Custer

---

**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Date:** Tuesday, January 2, 2024 at 1:36 PM
**To:** Bill Gilbert <bill@wagilbert.com>, Colleen Hackley <colleen@wagilbert.com>, Fairchild, Sara <SaraFairchild@dwt.com>, Kumar, Ambika <AmbikaKumar@dwt.com>, Mark King <mark@wagilbert.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>, Himes, Meagan <MeaganHimes@dwt.com>, Aaron Streepy <Aaron@mcguinnessstreepy.com>, DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: E. Renner

Hello Bill,

Happy New Year. I thought I would leave you to other things during the holidays but am now turning back to the Guenther v. Emmons case. I just left a message with your answering service and understand that your office does not reopen until 1/8. I would appreciate you calling me as soon as possible to discuss our request that your client consent to allowing his accusers to release a copy of their NDAs and ultimately testify concerning Mr. Renner's conduct toward them. If we can't work something out by the 15th, I intend to seek the assistance of the court.

Thanks. I hope you enjoy the remainder of your vacation.

**John DiLorenzo**
**Partner,** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars

**P** 503.778.5216  **C** 503.704.5162  **E** johndilorenzo@dwt.com
**A** 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610
**DWT.COM**

---

**From:** Bill Gilbert <bill@wagilbert.com>
**Sent:** Monday, December 11, 2023 11:46 AM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>; Colleen Hackley <colleen@wagilbert.com>; Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>; Mark King <mark@wagilbert.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>; Himes, Meagan <MeaganHimes@dwt.com>; Aaron Streepy <Aaron@mcguinnessstreepy.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** Re: E. Renner

[EXTERNAL]

John,

4

0203

9 a.m. Wednesday works.

Also – please find attached Mr. Renner's RCW 7.96 notice.  Please make sure your clients get a copy and are directed appropriately as to the consequences of not complying.  We can discuss this on Wednesday as well.

Regards.

Bill Gilbert
Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
Phone:(509)321-0750
Direct:(509)639-1018
Fax: (509)343-3315

"There are not enough Indians in the world to defeat the Seventh Cavalry."
George Armstrong Custer

---

**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Date:** Friday, December 8, 2023 at 6:31 PM
**To:** Bill Gilbert <bill@wagilbert.com>, Colleen Hackley <colleen@wagilbert.com>, Fairchild, Sara <SaraFairchild@dwt.com>, Kumar, Ambika <AmbikaKumar@dwt.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>, Himes, Meagan <MeaganHimes@dwt.com>, Aaron Streepy <Aaron@mcguinnessstreepy.com>, DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: E. Renner

I can make the following times available on Wednesday 12/13:

9am to 9:30am
2:30pm till 5:30pm

Let me know when you would like me to schedule the call.  I will send an invite.  I will hold off on contacting the court until we have a chance to talk.  Have a good weekend.

**John DiLorenzo**
**Partner,** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars

**P** 503.778.5216  **C** 503.704.5162  **E** johndilorenzo@dwt.com
**A** 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610
**DWT.COM**

---

**From:** Bill Gilbert <bill@wagilbert.com>
**Sent:** Friday, December 8, 2023 4:32 PM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>; Colleen Hackley <colleen@wagilbert.com>; Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>; Himes, Meagan <MeaganHimes@dwt.com>; Aaron Streepy <Aaron@mcguinnessstreepy.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** Re: E. Renner

[EXTERNAL]

John,

My client is not a party to this action. He is a non-party who has a privacy interest which I am retained to protect. Further, he has an interest in protecting the agreements, and the individuals who have entered into the agreements, which is vested by and through the document language itself. I'm not sure how you can establish, or even argue, that you have a right to these agreements because you allegedly must prove "the truth of the allegations in the flyers as they pertain to Mr. Renner" when the something you are trying to prove as true is not relevant to the Plaintiff in the case – but instead is directed at Mr. Renner. You do not need to prove or disprove anything as to my client – he is not a party to this lawsuit. That said, if you decide you want to drag him into it, he may decide that as long as all this is going to be aired out, he might as well file his own action. In which case, we can drag all the non-parties into this quagmire – as well as address additional claims against your clients.

This case reminds me of children on a playground caught up in a spat. Kids from one neighborhood scrapping with kids from another neighborhood about who controls the playground. This is a simple case - your client(s) got caught with their pants down. The Plaintiff is holding their belts and is about to conduct more discovery that will leave them completely pants-less. The Plaintiffs, on the other hand, have limited damages, and appear to be pushing the agenda because it's the pants they are after – not money damages. This is all silly. Why don't y'all stop wasting your clients' money and resolve this?

As to availability, I have a hearing on Monday in the Tri-Cities. Tuesday I have a deposition scheduled. What's your Wednesday look like?

Regards.

Bill Gilbert

Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
Phone:(509)321-0750
Direct:(509)639-1018
Fax: (509)343-3315

"There are not enough Indians in the world to defeat the Seventh Cavalry."
George Armstrong Custer

---

**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Date:** Friday, December 8, 2023 at 12:49 PM
**To:** Bill Gilbert <bill@wagilbert.com>, Colleen Hackley <colleen@wagilbert.com>, Fairchild, Sara <SaraFairchild@dwt.com>, Kumar, Ambika <AmbikaKumar@dwt.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>, Himes, Meagan <MeaganHimes@dwt.com>, Aaron Streepy <Aaron@mcguinnessstreepy.com>, DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: E. Renner

Hi.  The point is we have not reviewed them.  The Plaintiffs have access to them and have no objection to furnishing them to us but want your consent too.  Also, we plan on deposing parties to the agreements.  Those parties are concerned about whether they can freely testify in light of the provisions in the agreements.  The other documents we have requested from your client are relevant or calculated to lead to the discovery of relevant evidence for the defense of the case.  Unfortunately, the plaintiff has placed us in a position of having to prove the truth of the allegations in the flyers as they pertain to Mr. Renner.   Let's set up a time to talk before the close of business on Monday.  I will leave it to you to suggest some times and will be happy to furnish a zoom invite.  Otherwise, I will proceed as outlined below.  Thanks.

**John DiLorenzo**
**Partner,** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars

**P** 503.778.5216  **C** 503.704.5162  **E** johndilorenzo@dwt.com
**A** 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610
**DWT.COM**

0206

**From:** Bill Gilbert <bill@wagilbert.com>
**Sent:** Friday, December 8, 2023 10:17 AM
**To:** DiLorenzo, John <johndilorenzo@dwt.com>; Colleen Hackley <colleen@wagilbert.com>; Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>
**Cc:** Jim McGuinness <jim@mcguinnessstreepy.com>; DiLorenzo, John <johndilorenzo@dwt.com>; Himes, Meagan <MeaganHimes@dwt.com>; Aaron Streepy <Aaron@mcguinnessstreepy.com>
**Subject:** Re: E. Renner

[EXTERNAL]

Mr. DiLorenzo,

My apologies for not getting back to you sooner, I have been tied up on other matters.

My client objects to the release of those documents. There are confidentiality and non-disparagement clauses in those documents that apply to other non-party signatores who have not been notified. My client is not a party to the action. If you would like me to file a motion for a protective order, I can, but I don't know that you really want me to do that. Further, it is my understanding that your client has already reviewed these documents ... so what is the purpose, specifically, that you believe they are a necessary to move your defense of the case forward?

Please advise.

Bill Gilbert
Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
Phone:(509)321-0750
Direct:(509)639-1018
Fax: (509)343-3315

"There are not enough Indians in the world to defeat the Seventh Cavalry."
George Armstrong Custer


**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Date:** Friday, December 8, 2023 at 9:34 AM
**To:** Colleen Hackley <colleen@wagilbert.com>, Fairchild, Sara <SaraFairchild@dwt.com>, Kumar, Ambika <AmbikaKumar@dwt.com>
**Cc:** Bill Gilbert <bill@wagilbert.com>, Jim McGuinness <jim@mcguinnessstreepy.com>, DiLorenzo, John <johndilorenzo@dwt.com>, Himes, Meagan <MeaganHimes@dwt.com>
**Subject:** RE: E. Renner

Dear Mr. Gilbert,

My apologies for the incorrect salutation below.  Regardless, I would have appreciated a response by now.  I have discussed your client's unwillingness to respond to the subpoena with Mr. McGuinness, one of the attorneys for the plaintiff in the Guenther v. Emmons matter.  Mr. McGuinness has provided his client's consent to release of the NDAs which are relevant to our the case and one of the subjects of our discovery.  I understand that Mr. McGuinness has also reached out to you to no avail.

During our last case management conference, Judge Rice informed the parties that he does not prefer formal motions to compel and, instead, invites the parties to resolve discovery disputes and, if that fails, communicate with him via email.  Once he receives an email, he will either issue an order, convene a conference call with the affected parties, or request a formal motion to compel discovery.

Please be advised that unless I hear back from you by the close of business on Monday, December 11, I will email his honor and request an Order compelling production of the documents listed in the subpoena and also request an award of attorney fees incurred by virtue of your client's unwillingness to cooperate.  I will, of course, copy you and Mr. McGuinness on that email.

I certainly hope we can work this out but am prepared to contact the court on Tuesday if we cannot come to terms on this matter.

**John DiLorenzo**
**Partner,** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars

P 503.778.5216  C 503.704.5162  E johndilorenzo@dwt.com
A 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610
DWT.COM

**From:** DiLorenzo, John <johndilorenzo@dwt.com>
**Sent:** Tuesday, December 5, 2023 9:47 AM
**To:** Colleen Hackley <colleen@wagilbert.com>; Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>
**Cc:** Bill Gilbert <bill@wagilbert.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Subject:** RE: E. Renner

Dear Mr. Williams,

I have been trying to reach you and have left several voice mails. Your client's production was due last month and went unfulfilled. You did object based on inadequate service. I inquired of our process server and attach a proof of service form which makes clear that Mr. Renner was at the door, identified himself, and refused to open the door. The service under these circumstances was more than adequate.

I would like to continue our conversation about your client's response to the subpoena and also discuss the NDA's which purport to silence the various women who filed complaints against Mr. Renner with the International UFCW. We are considering filing a motion with the Federal Court for an order to compel production. Of course, I prefer to work that out directly with you but do intend to move forward if we don't communicate. Please call me at your earliest convenience. Thank you for your time.

**John DiLorenzo**
**Partner,** Davis Wright Tremaine LLP
Member of Oregon, New York and District of Columbia bars

**P** 503.778.5216  **C** 503.704.5162  **E** johndilorenzo@dwt.com
**A** 1300 SW Fifth Avenue, Suite 2400, Portland, OR 97201-5610
**DWT.COM**

---

**From:** Colleen Hackley <colleen@wagilbert.com>
**Sent:** Wednesday, November 1, 2023 1:35 PM
**To:** Fairchild, Sara <SaraFairchild@dwt.com>; Kumar, Ambika <AmbikaKumar@dwt.com>; DiLorenzo, John <johndilorenzo@dwt.com>
**Cc:** Bill Gilbert <bill@wagilbert.com>
**Subject:** E. Renner

[EXTERNAL]

Good Afternoon:

Attached please find Mr. Gilbert's correspondence of today's date.

*Colleen Hackley*
Gilbert Law Firm
421 W. Riverside Avenue, Suite. 353
Spokane, WA 99201
p: 509.321.0750 f: 509.343.3315
colleen@wagilbert.com| www.wagilbert.com

Confidentiality Notice: This e-mail message, from Gilbert Law Firm, P.S., including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. The recipient is responsible to maintain the confidentiality of this information and to use the information only for authorized purposes. If you are not the intended recipient (or authorized to receive information for the intended recipient), you are hereby notified that any review, use, disclosure, distribution, copying, printing, or action taken in reliance on the contents of this e-mail is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail and destroy all copies of the original message. Thank you.