# EXHIBIT N

| | |
|---|---|
| **From:** | Jim McGuinness <jim@mcguinnessstreepy.com> |
| **Sent:** | Wednesday, November 15, 2023 5:30 PM |
| **To:** | DiLorenzo, John; Fairchild, Sara; Kumar, Ambika |
| **Cc:** | Aaron Streepy |
| **Subject:** | Guenther v. Emmons et al. (subpoena issues) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**[EXTERNAL]**

John/Sara:

Just want to give you a heads up that I've reached out to Bill Gilbert to obtain his client's position on some of the issues we discussed on Monday, specifically, a possible stipulation with respect to the settlement agreements. If you could forward to me your proposed definition of the term "grievances" with respect to the Local 3000 subpoena that would be helpful. Thank you.

Sincerely,
James G. McGuinness
Streepy Law, PLLC
406-300-2072 (cell)