1  Ambika Kumar, WSBA #38237
   Sara A. Fairchild, WSBA #54419
2  Davis Wright Tremaine LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, WA 98104-1610
   Telephone: 206.622.3150
4  Facsimile: 206.757.7700

5  John A. DiLorenzo (*pro hac vice*)
   DAVIS WRIGHT TREMAINE LLP
6  1300 S.W. Fifth Avenue, Suite 2400
   Portland, OR 97201
7  Telephone: (503) 241-2300
   Fax: (503) 778-5299
8

9

10                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF WASHINGTON
11                            AT SPOKANE

12
   FAYE IRENE GUENTHER,
13 an individual,
                                        No. 2:22-cv-00272-TOR
14              Plaintiffs,
                                        **STIPULATED MOTION TO
15         v.                           EXTEND BRIEFING
                                        SCHEDULE FOR
16 JOSEPH H. EMMONS, individually,      PLAINTIFF'S RULE
   AND OSPREY FIELD CONSULTING          41(a)(2) MOTION TO
17 LLC, a limited liability company,    DISMISS**

18              Defendants.             **5/9/2024
                                        WITHOUT ORAL
19                                      ARGUMENT**

20

21

22

23
   STIPULATED MOTION TO EXTEND BRIEFING
   SCHEDULE FOR RULE 41(a)(2) MOTION TO DISMISS          Davis Wright Tremaine LLP
   Case No. 2:22-cv-00272-TOR                                   LAW OFFICES
                                                         920 Fifth Avenue, Suite 3300
                                                           Seattle, WA 98104-1610
                                                      206.622.3150 main · 206.757.7700 fax

The parties stipulate and respectfully move to extend the briefing deadlines for Plaintiff's Motion to Dismiss Under Rule 41(a)(2), Dkt. 39 ("Motion"). In support of this stipulated motion, the parties state as follows:

1. Plaintiff Faye Irene Guenther filed the Motion on April 3, 2024, and noted it for hearing without oral argument on May 30, 2024. Under the current briefing schedule, Defendants' response to the Motion is due April 17, 2024, and Plaintiff's reply is due April 24, 2024.

2. The parties wish to have additional time to brief the issues raised by the Motion.

3. Accordingly, the parties wish to extend each of the briefing deadlines for the Motion to make Defendants' response due May 3, 2024, and Plaintiff's reply due May 17, 2024.

4. The parties' agreed briefing schedule would not alter any existing Court deadlines. The date noted for the hearing would remain May 30, 2024.

IT IS SO STIPULATED.

DATED this 9th day of April, 2024.

STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR RULE 41(a)(2) MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| By: *s/Jim McGuinness*<br>Aaron Streepy, WSBA 38149<br>Jim McGuinness, WSBA 23494<br>STREEPY LAW, PLLC<br>4218 227th Ave Ct. East<br>Buckley, WA 98321<br>Telephone: (253) 528-0278<br>Fax: (253) 528-0276<br>aaron@mcguinnessstreepy.com<br>jim@mcguinnessstreepy.com | By: *s/Sara A. Fairchild*<br>Ambika Kumar, WSBA #38237<br>Sara A. Fairchild, WSBA #54419<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>ambikakumar@dwt.com<br>sarafairchild@dwt.com<br><br>John A. DiLorenzo (*pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>1300 S.W. Fifth Avenue, Suite 2400<br>Portland, OR 97201<br>Telephone: (503) 241-2300<br>Fax: (503) 778-5299 |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
THOMAS O. RICE
United States District Judge

STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR RULE 41(a)(2) MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

***Attorneys for Plaintiff Faye Guenther***

I declare under penalty of perjury that the foregoing is true and accurate.

DATED this 9th day of April, 2024.

By: s/Sara A. Fairchild
Sara A. Fairchild, WSBA #54419

STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR RULE 41(a)(2) MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax