Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

John A. DiLorenzo (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Fax: (503) 778-5299

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH H. EMMONS, individually, AND OSPREY FIELD CONSULTING LLC, a limited liability company,<br><br>Defendants. | No. 2:22-cv-00272-TOR<br><br>**STIPULATED MOTION TO EXPEDITE HEARING DATE ON STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S RULE 41(a)(2) MOTION TO DISMISS**<br><br>**4/16/2023 WITHOUT ORAL ARGUMENT** |

STIPULATED MOTION TO EXPEDITE HEARING DATE
ON STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR RULE 41(a)(2) MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

The parties jointly request the Court enter an order setting an expedited hearing date of April 16, 2024, on the parties' concurrently filed Stipulated Motion to Extend Briefing Schedule for Plaintiff's Rule 41(a)(2) Motion to Dismiss. *See* L. Civ. R. 7(i)(2)(C).

The parties jointly represent there is good cause to grant their request for an expedited hearing date. Plaintiff's Motion to Dismiss Under Rule 41(a)(2) is noted for hearing without oral argument on May 30, 2024. *See* Dkt. 39. The parties wish to have additional time to thoroughly brief the issues raised by the Motion to Dismiss and therefore jointly request extensions of the current briefing deadlines. The requested extensions would not alter any existing Court deadlines. If the parties' Stipulated Motion to Extend Briefing Schedule cannot be heard on an expedited basis, the parties' requested relief would be moot, as Defendants' response to the Motion to Dismiss is due April 17, 2024.

Accordingly, the Court should enter an order expediting the hearing date to April 16, 2024, on the Stipulated Motion to Extend Briefing Schedule for Plaintiff's Rule 41(a)(2) Motion to Dismiss.

DATED this 9th day of April, 2024.

STIPULATED MOTION TO EXPEDITE HEARING DATE
ON STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR RULE 41(a)(2) MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

Attorneys for Plaintiffs

2

By: *s/Jim McGuinness*
Aaron Streepy, WSBA 38149

3

Jim McGuinness, WSBA 23494
STREEPY LAW, PLLC

4

4218 227th Ave Ct. East
Buckley, WA 98321

5

Telephone: (253) 528-0278
Fax: (253) 528-0276

6

aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

7

Attorneys for Defendants

By: *s/Sara A. Fairchild*
Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
ambikakumar@dwt.com
sarafairchild@dwt.com

8

John A. DiLorenzo (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP

9

1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201

10

Telephone: (503) 241-2300
Fax: (503) 778-5299

11

12

13

**ORDER**

14

Pursuant to stipulation, IT IS SO ORDERED.

15

DATED this _____ day of _____, 2024.

16

17

18

_____

19

THOMAS O. RICE
United States District Judge

20

21

22

23

STIPULATED MOTION TO EXPEDITE HEARING DATE
ON STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR RULE 41(a)(2) MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

***Attorneys for Plaintiff Faye Guenther***

I declare under penalty of perjury that the foregoing is true and accurate.

DATED this 9th day of April, 2024.

By: s/Sara A. Fairchild
Sara A. Fairchild, WSBA #54419

STIPULATED MOTION TO EXPEDITE HEARING DATE
ON STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE FOR RULE 41(a)(2) MOTION TO DISMISS
Case No. 2:22-cv-00272-TOR - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax