Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

John A. DiLorenzo (*pro hac vice*)
Davis Wright Tremaine LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Fax: (503) 778-5299

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

FAYE IRENE GUENTHER, an individual,

　　　　　　Plaintiff,

　　v.

JOSEPH H. EMMONS, individually, AND OSPREY FIELD CONSULTING LLC, a limited liability company,

　　　　　　Defendants.

No. 2:22-cv-00272-TOR

**DECLARATION OF SARA A. FAIRCHILD IN SUPPORT OF DEFENDANTS' MOTION REGARDING SEALING**

FAIRCHILD DECL. ISO DEFS' MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR

4862-6741-7274v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I, Sara A. Fairchild, declare:

1.  I am an attorney in the law firm Davis Wright Tremaine LLP, counsel for Defendants Joseph H. Emmons and Osprey Field Consulting LLC. I make this declaration from personal knowledge and a review of the files and records in this matter.

2.  United Food and Commercial Workers Union Local 3000 ("UFCW 3000") and Eric Renner produced documents in this litigation pursuant to the Court's February 14, 2024, Order (ECF No. 38) ("Order"). Defendants deposed three witnesses—Adam Jackson, Laurel Fish, and Alex Garcia—whose testimony also may be subject to the Order. Plaintiff later produced the same documents UFCW 3000 produced under the Order.

3.  The documents UFCW 3000 produced included six agreements containing non-disclosure provisions ("NDAs").

4.  On May 2, 2023, I emailed the following parties to the NDAs to request their permission to file publicly certain documents that may be subject to the NDAs:

- UFCW 3000, through Plaintiff's counsel
- Eric Renner, through counsel Bill Gilbert at Gilbert Law Firm P.S.
- Teamsters 690, through counsel David Ballew at Reid, Ballew, Leahy & Holland LLP
- Adam Jackson
- Laurel Fish
- Alex Garcia
- Leslie Cowin

FAIRCHILD DECL. ISO DEFS' MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 1
4862-6741-7274v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

- Katie Dugger
- Amy Poston
- Austin DePaolo
- Sandra Huggins

5. In my email to each party, I provided a copy of all material Defendants intended to file to support their Response to Plaintiff's Motion to Dismiss Under Rule 41(a)(2) that may be subject to that party's NDA (or NDAs), and I asked the party for their permission to file that material publicly. I also provided each party with a copy of the Court's February 14, 2024, Order (ECF No. 38).

6. At the time of this filing, not all parties have consented to disclosure of the material Defendants wish to file to support their Response to Plaintiff's Motion to Dismiss Under Rule 41(a)(2) that may be subject to the NDAs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2024, in Seattle, Washington.

*s/ Sara A. Fairchild*
Sara A. Fairchild
FAIRCHILD DECL. ISO DEFS' MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 2
4862-6741-7274v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

***Attorneys for Plaintiff Faye Guenther and United Food and Commercial Workers Union Local 3000***

I further certify that on the same date, I caused the same document to be served by email and mail to the following:

Bill Gilbert
Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
bill@wagilbert.com
***Attorney for Eric Renner***

David W. Ballew
Reid, Ballew, Leahy & Holland L.L.P.
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119
david@rmbllaw.com
***Counsel for Teamsters Local 690***

Adam Jackson
636 East Magnesium Road
Apartment 353
Spokane, WA 99208
Adamyjackson1@gmail.com

FAIRCHILD DECL. ISO DEFS' MOTION
REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 3
4862-6741-7274v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Leslie Cowin
18901 East Buckeye Avenue
Spokane Valley, WA 99022
Leslie-64@hotmail.com

Katie Dugger
7004 East Tenth Avenue
Spokane Valley, WA 99212
Dugger38@gmail.com

Amy Poston
10124 East Walton Court
Spokane, WA 99206
amieree@gmail.com

Austin Depaolo
411 Northwest Flanders Street
Apartment 409
Portland, OR 97209
Austin_glass@msn.com

Sandra Huggins
28311 North Selkirk View Drive
Chattaroy, WA 99003
Sandrah217@gmail.com

Laurel Fish
3614 West Alice Avenue
Spokane, WA 9920
Laurel.fish@gmail.com

Alex Garcia
1503 South Rockwood Blvd
Spokane, WA 99203
Ajgarcia2147@gmail.com

I declare under penalty of perjury that the foregoing is true and accurate.

DATED this 3rd day of May, 2024.

By: *s/Sara A. Fairchild*
Sara A. Fairchild, WSBA #54419

FAIRCHILD DECL. ISO DEFS' MOTION
REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 4
4862-6741-7274v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax