UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH H. EMMONS, individually, and OSPREY FIELD CONSULTING, LLC, a limited liability company,<br><br>　　　　　　　Defendants. | NO. 2:22-CV-0272-TOR<br><br>ORDER DENYING MOTION TO QUASH THIRD-PARTY SUBPOENA |

BEFORE THE COURT is the Motion to Quash or Modify Third-Party Subpoena. ECF No. 55. The matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, the Motion to Quash is denied.

Defendants seek to depose Plaintiff's counsel, Aaron M. Streepy, concerning matters involved in this lawsuit. Defendants contend Mr. Streepy has information that is otherwise not available and does not implicate the attorney-client privilege

ORDER DENYING MOTION TO QUASH THIRD-PARTY SUBPOENA ~ 1

nor the work product doctrine. This Court held a telephonic discovery conference on April 17, 2024, where much of the information was discussed.

Based on the status of the case and the representations that Mr. Streepy has discoverable information, the Court denies the motion to quash.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Motion to Quash or Modify Third-Party Subpoena, ECF No. 55, is **DENIED**.

2. The Parties shall promptly schedule a deposition of Mr. Streepy. Mr. Streepy is required to answer all legitimate questions, except those that are protected by the attorney-client privilege and work product doctrine.

3. No fees are awarded to either party.

The District Court Executive is directed to enter this Order and furnish copies to counsel. The file remains **OPEN**.

DATED May 20, 2024.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION TO QUASH THIRD-PARTY SUBPOENA ~ 2