Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

John A. DiLorenzo (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
560 SW 10th Ave, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300
Fax: (503) 778-5299

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH H. EMMONS, individually, AND OSPREY FIELD CONSULTING LLC, a limited liability company,<br><br>Defendants. | No. 2:22-cv-00272-TOR<br><br>**REPLY IN SUPPORT OF DEFENDANTS' MOTION REGARDING SEALING PURSUANT TO FEBRUARY 14, 2024, ORDER (ECF NO. 38)**<br><br>**06/03/2024**<br>**Without Oral Argument** |

REPLY IN SUPPORT OF DEFS'
MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Defendants Joseph H. Emmons and Osprey Field Consulting LLC respectfully submit this Reply in support of their Motion Regarding Sealing (ECF No. 49) and request the Court unseal the documents filed at ECF Nos. 51, 51-1, 51-2, 51-3, 51-4, 51-5, 51-6.

On May 3, 2024, Defendants filed under seal several documents they rely on to support their Response to Plaintiff's Motion to Dismiss Under 41(a)(2) (ECF No. 47). *See* ECF Nos. 51, 51-1, 51-2, 51-3, 51-4, 51-5, 51-6 (sealed documents); ECF No. 49 at 3 (describing sealed documents). Defendants filed these documents under seal pursuant to Paragraph 6 of the Court's February 14, 2024, Order Granting Defendants' Motion to Compel (ECF No. 38) ("Order") because the documents may be subject to the non-disclosure agreements at issue in that Order ("NDAs"), and at the time of filing, not all parties to the NDAs had consented to Defendants filing the documents publicly. *See* ECF No. 49 at 4; ECF No. 50 ¶ 6. The same day, Defendants filed a Motion Regarding Sealing, asserting Defendants do not believe that the sealed documents should remain under seal and asking the Court to unseal them absent a showing by the parties to the NDAs of "compelling reasons" to keep them under seal. *See* ECF No. 47 at 1, 4-6. Defendants served a copy of the Motion Regarding Sealing and supporting documents on all parties to the NDAs via email and mail. Declaration of Sara A. Fairchild in Support of Reply to Motion Regarding Sealing ¶ 2. No one filed a response.

To maintain the documents under seal, any party to the NDAs who wished to keep the documents under seal needed to provide "compelling reasons" for doing so. *See* ECF No. 49 at 4-5; *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092,

REPLY IN SUPPORT OF DEFS'
MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1099, 1101 (9th Cir. 2016).  None of the parties to the NDAs has raised *any* reason to maintain the documents under seal, much less a compelling one.  The information in those documents is central to Defendants' defense that the flyer is true, *see* ECF No. 38 at 7, and supports Defendants' Response to Plaintiff's Motion to Dismiss Under 41(a)(2), *see* ECF No. 49 at 5.  The "strong presumption" in favor of public access to court records requires the Court to unseal the documents.  *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

For these reasons, Defendants respectfully request the Court unseal ECF Nos. 51, 51-1, 51-2, 51-3, 51-4, 51-5, 51-6, or allow Defendants to file these documents in the public record.

DATED this 29th day of May, 2024.

Attorneys for Defendants

By: *s/ Sara A. Fairchild*
Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone:  (206) 622-3150
Fax:  (206) 757-7700
ambikakumar@dwt.com
sarafairchild@dwt.com

John A. DiLorenzo (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Fax: (503) 778-5299
johndilorenzo@dwt.com

REPLY IN SUPPORT OF DEFS'
MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

***Attorneys for Plaintiff Faye Guenther and United Food and Commercial Workers Union Local 3000***

I further certify that on the same date, I caused the same document to be served by email and mail to the following:

Bill Gilbert
Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
bill@wagilbert.com
***Attorney for Eric Renner***

David W. Ballew
Reid, Ballew, Leahy & Holland L.L.P.
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119
david@rmbllaw.com
***Counsel for Teamsters Local 690***

Adam Jackson
636 East Magnesium Road
Apartment 353
Spokane, WA 99208
Adamyjackson1@gmail.com

REPLY IN SUPPORT OF DEFS' MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Leslie Cowin
18901 East Buckeye Avenue
Spokane Valley, WA 99022
Leslie-64@hotmail.com

Katie Dugger
7004 East Tenth Avenue
Spokane Valley, WA 99212
Dugger38@gmail.com

Amy Poston
10124 East Walton Court
Spokane, WA 99206
amieree@gmail.com

Austin Depaolo
411 Northwest Flanders Street
Apartment 409
Portland, OR 97209
Austin_glass@msn.com

Sandra Huggins
28311 North Selkirk View Drive
Chattaroy, WA 99003
Sandrah217@gmail.com

Laurel Fish
3614 West Alice Avenue
Spokane, WA 9920
Laurel.fish@gmail.com

Alex Garcia
1503 South Rockwood Blvd
Spokane, WA 99203
Ajgarcia2147@gmail.com

I declare under penalty of perjury that the foregoing is true and accurate.

DATED this 29th day of May, 2024.

By: *s/Sara A. Fairchild*
Sara A. Fairchild, WSBA #54419

REPLY IN SUPPORT OF DEFS' MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax