Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

John A. DiLorenzo (*pro hac vice*)
Davis Wright Tremaine LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Fax: (503) 778-5299

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH H. EMMONS, individually, AND OSPREY FIELD CONSULTING LLC, a limited liability company,<br><br>　　　　　　　Defendants. | No. 2:22-cv-00272-TOR<br><br>**DECLARATION OF SARA A. FAIRCHILD IN SUPPORT OF REPLY TO DEFENDANTS' MOTION REGARDING SEALING** |

FAIRCHILD DECL. ISO REPLY TO DEFS'
MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I, Sara A. Fairchild, declare:

1.   I am an attorney in the law firm Davis Wright Tremaine LLP, counsel for Defendants Joseph H. Emmons and Osprey Field Consulting LLC.  I make this declaration from personal knowledge and a review of the files and records in this matter.

2.   My office sent Defendants' Motion Regarding Sealing (ECF No. 49), [Proposed] Order Granting Motion Regarding Sealing (ECF No. 49-1), and Declaration of Sara A. Fairchild in Support of Motion Regarding Sealing (ECF No. 50) to the following parties to the NDAs ("NDA parties") via email on May 3, 2024, and via mail on May 7, 2024, at the addresses listed:

- United Food and Commercial Workers Union Local 3000, through counsel Aaron Streepy & Jim McGuinness
  STREEPY LAW, PLLC
  4218 227th Ave Ct. East
  Buckley, WA 98321
  aaron@mcguinnessstreepy.com
  jim@mcguinnessstreepy.com

- Eric Renner, through counsel Bill Gilbert
  Gilbert Law Firm, P.S.
  421 W. Riverside, Ste 353
  Spokane, WA  99201
  bill@wagilbert.com

- Teamsters Local 690, through counsel David W. Ballew
  Reid, Ballew, Leahy & Holland L.L.P.
  100 West Harrison Street
  North Tower, Suite 300
  Seattle, WA 98119
  david@rmbllaw.com

FAIRCHILD DECL. ISO REPLY TO DEFS'
MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 14881-9233-4786v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

- Adam Jackson
  636 East Magnesium Road
  Apartment 353
  Spokane, WA 99208
  Adamyjackson1@gmail.com

- Leslie Cowin
  18901 East Buckeye Avenue
  Spokane Valley, WA 99022
  Leslie-64@hotmail.com

- Katie Dugger
  7004 East Tenth Avenue
  Spokane Valley, WA 99212
  Dugger38@gmail.com

- Amy Poston
  10124 East Walton Court
  Spokane, WA 99206
  amieree@gmail.com

- Austin Depaolo
  411 Northwest Flanders Street
  Apartment 409
  Portland, OR 97209
  Austin_glass@msn.com

- Sandra Huggins
  28311 North Selkirk View Drive
  Chattaroy, WA 99003
  Sandrah217@gmail.com

- Laurel Fish
  3614 West Alice Avenue
  Spokane, WA 9920
  Laurel.fish@gmail.com

- Alex Garcia
  1503 South Rockwood Blvd

FAIRCHILD DECL. ISO REPLY TO DEFS'
MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 24881-9233-4786v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Spokane, WA 99203
Ajgarcia2147@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2024, in Seattle, Washington.

*s/ Sara A. Fairchild*
Sara A. Fairchild

FAIRCHILD DECL. ISO REPLY TO DEFS'
MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 34881-9233-4786v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, I caused the document to which this certificate is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aaron Streepy
Jim McGuinness
STREEPY LAW, PLLC
4218 227th Ave Ct. East
Buckley, WA 98321
aaron@mcguinnessstreepy.com
jim@mcguinnessstreepy.com

***Attorneys for Plaintiff Faye Guenther and United Food and Commercial Workers Union Local 3000***

I further certify that on the same date, I caused the same document to be served by email and mail to the following:

Bill Gilbert
Gilbert Law Firm, P.S.
421 W. Riverside, Ste 353
Spokane, WA 99201
bill@wagilbert.com
***Attorney for Eric Renner***

David W. Ballew
Reid, Ballew, Leahy & Holland L.L.P.
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119
david@rmbllaw.com
***Counsel for Teamsters Local 690***

Adam Jackson
636 East Magnesium Road
Apartment 353
Spokane, WA 99208
Adamyjackson1@gmail.com

FAIRCHILD DECL. ISO REPLY TO DEFS'
MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 44881-9233-4786v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Leslie Cowin
18901 East Buckeye Avenue
Spokane Valley, WA 99022
Leslie-64@hotmail.com

Katie Dugger
7004 East Tenth Avenue
Spokane Valley, WA 99212
Dugger38@gmail.com

Amy Poston
10124 East Walton Court
Spokane, WA 99206
amieree@gmail.com

Austin Depaolo
411 Northwest Flanders Street
Apartment 409
Portland, OR 97209
Austin_glass@msn.com

Sandra Huggins
28311 North Selkirk View Drive
Chattaroy, WA 99003
Sandrah217@gmail.com

Laurel Fish
3614 West Alice Avenue
Spokane, WA 9920
Laurel.fish@gmail.com

Alex Garcia
1503 South Rockwood Blvd
Spokane, WA 99203
Ajgarcia2147@gmail.com

I declare under penalty of perjury that the foregoing is true and accurate.

DATED this 29th day of May, 2024.

By: *s/Sara A. Fairchild*
Sara A. Fairchild, WSBA #54419

FAIRCHILD DECL. ISO REPLY TO DEFS'
MOTION REGARDING SEALING
Case No. 2:22-cv-00272-TOR - 54881-9233-4786v.1 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax