UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH H. EMMONS, individually, and OSPREY FIELD CONSULTING LLC, a limited liability company,<br><br>Defendants. | CASE NO. 2:22-CV-0272-TOR<br><br>**NOTICE OF APPEARANCE** |

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned attorney, in association with James G. McGuinness and Aaron M. Streepy, hereby appears in the above-entitled cause for Plaintiff Faye Irene Guenther. You are hereby requested to serve all further papers and pleadings herein, except original process, upon the undersigned attorney at the address below stated.

NOTICE OF APPEARANCE - 1
Case No. 2:22-CV-0272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

RESPECTFULLY SUBMITTED this 17th day of July, 2024.

<u>s/Darin Dalmat</u>
Darin Dalmat, WSBA No. 51384
**BARNARD IGLITZIN & LAVITT LLP**
18 W Mercer St, Suite 400
Seattle, WA 98119
Tel: (206) 257-6028
Fax: (206) 378-4132
dalmat@workerlaw.com

*Attorney for Plaintiff Faye Irene Guenther*

NOTICE OF APPEARANCE - 2
Case No. 2:22-CV-0272-TOR

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**