1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

8

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual,<br><br>                                        Plaintiff,<br><br>    v.<br><br>JOSEPH H. EMMONS, individually, and OSPREY FIELD CONSULTING LLC, a limited liability company,<br><br>                                        Defendants. | CASE NO.  2:22-CV-0272-TOR<br><br>**NOTICE OF APPEARANCE** |

9
10
11
12
13
14
15

TO:   CLERK OF THE COURT

16

AND TO:    ALL COUNSEL OF RECORD

17

PLEASE TAKE NOTICE that the undersigned attorney, in association with

18

James G. McGuinness, Aaron M. Streepy, Dmitri Iglitzin, and Darin Dalmat, hereby

appears in the above-entitled cause for Plaintiff Faye Irene Guenther. You are hereby

19

requested to serve all further papers and pleadings herein, except original process,

20

upon the undersigned attorney at the address below stated.

NOTICE OF APPEARANCE - 1
Case No. 2:22-CV-0272-TOR

18 WEST MERCER ST., STE. 400    **BARNARD**
SEATTLE, WASHINGTON 98119    **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132    **LAVITT LLP**

RESPECTFULLY SUBMITTED this 30th day of August, 2024.

*s/Gabriel Frumkin*
Gabriel Frumkin, WSBA No. 56984
**BARNARD IGLITZIN & LAVITT LLP**
18 W Mercer St, Suite 400
Seattle, WA 98119
Tel: (206) 257-6012
Fax: (206) 378-4132
frumkin@workerlaw.com

*Attorney for Plaintiff Faye Irene Guenther*

NOTICE OF APPEARANCE - 2
Case No. 2:22-CV-0272-TOR

18 WEST MERCER ST., STE. 400    **BARNARD**

SEATTLE, WASHINGTON 98119    **IGLITZIN &**

TEL 800.238.4231 | FAX 206.378.4132    **LAVITT LLP**

**DECLARATION OF SERVICE**

I hereby certify that on the date noted below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| Ambika Kumar<br>Sara A. Fairchild<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA 98104<br>ambikakumar@dwt.com<br>sarafairchild@dwt.com | ☐ Hand Delivery<br>☐ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☒ E-Service |
| John A. DiLorenzo<br>Davis Wright Tremaine LLP<br>560 SW 10th Ave., Ste. 700<br>Portland, OR 97205<br>johndilorenzo@dwt.com | ☐ Hand Delivery<br>☐ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☒ E-Service |

DATED this 30th day of August, 2024 at Federal Way, Washington.

By: _____
Genipher Youngblood, Paralegal

DECLARATION OF SERVICE
Case No. 2:22-cv-00272-TOR