Dmitri Iglitzin, WSBA No. 17673
Darin M. Dalmat, WSBA No. 51384
Gabe Frumkin, WSBA No. 56984
BARNARD IGLITZIN & LAVITT LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6003
iglitzin@workerlaw.com
dalmat@workerlaw.com
frumkin@workerlaw.com

Aaron Streepy, WSBA 38149
Jim McGuinness, WSBA 23494
STREEPY LEMONIDIS CONSULTING & LAW GROUP, PLLC
2800 First Avenue, Suite 211
Seattle, WA 98121
Telephone: (253) 528-0278
Fax: (253) 528-0276
aaron@slglc.com
jim@mcguinnessstreepy.com

*Attorneys for Plaintiff Faye Guenther*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual,<br><br>                              Plaintiff,<br><br>   v.<br><br>JOSEPH H. EMMONS, individually, and OSPREY FIELD CONSULTING LLC, a limited liability company,<br><br>                              Defendants. | No. 2:22-cv-00272-TOR<br><br>**DECLARATION OF JOSEPH MIZRAHI IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

DECLARATION OF MIZRAHI ISO MOTION
FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400    **BARNARD**
SEATTLE, WASHINGTON 98119    **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132    **LAVITT LLP**

I, Joseph Mizrahi, hereby declare and state as follows:

1.      I am over the age of 18 and make this declaration of my own personal knowledge and am competent to testify as to the matters herein.

2.      I am currently the Secretary Treasurer of United Food and Commercial Workers (UFCW) Local 3000. I am also a Director on the Seattle Public Schools Board of Directors.

3.      I became Secretary Treasurer of Local 3000 in or around March 2022, when that Local was formed through the merger of UFCW Locals 21 and 1439.

4.      Before the merger, I served as Secretary Treasurer of Local 21—a position I held since May 2019. Before becoming Local 21's Secretary Treasurer, I worked for that Local since 2008. Just before I become Secretary Treasurer, I was the Local 21 staff director and before that I had held several positions with the union, including as a political organizer, external organizer, and internal organizer.

5.      I graduated from the University of San Diego School of Law in 2007 with a J.D.

6.      As Secretary Treasurer of Local 3000—and, before that, of Local 21—I assist the Local Union President. Throughout my tenure as Secretary Treasurer of Locals 21 and 3000, the President of those Locals has been Faye Guenther. Among other things, my responsibilities as Secretary Treasurer include keeping the Local's

18 WEST MERCER ST., STE. 400    **BARNARD**
SEATTLE, WASHINGTON 98119    **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132    **LAVITT LLP**

1  financial records in good order. Those responsibilities include monitoring the

2  Local's financial receipts and outlays.

3      7.    In December 2021 and January 2022, I saw a flyer that, among other

4  things, said: "Faye Gunther [sic.] (President of Local 21) helped former 367

5  President Angel Gonzalez cover up his harassment charges and paid him off in

6  exchange for installing her puppet Mike Hines."

7      8.    That accusation is false.

8      9.    There has never been an expenditure or transaction involving Local 21

9  funds that went to Angel Gonzalez or Local 367 for the purposes of "covering up"

10  whatever sexual harassment charges Mr. Gonzalez may have faced. If there had been

11  such an expenditure or transaction, I would have known about it in my capacity as

12  Secretary Treasurer.

13      10.    In fact, there has been no expenditure or transaction involving Local 21

14  funds to Angel Gonzalez or Local 367 for any purpose at all, at least since I became

15  Secretary Treasurer in May 2019. Again, if there had been such an expenditure or

16  transaction, I would have known about it.

17  **Local 21's relationship with Hines**

18

19      11.    Mike Hines worked for Local 21 for many years as a Grievance

20  Representative and Negotiator.

DECLARATION OF MIZRAHI ISO MOTION
TO AMEND COMPLAINT – Page 2
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400    **BARNARD**
SEATTLE, WASHINGTON 98119    **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132    **LAVITT LLP**

12.     In September or October 2019, he left Local 21 and began working for UFCW Local 367 as the Executive Assistant to its president.

13.     Before he left, neither Faye Guenther nor I knew he was planning to leave. He had been working for Local 21 as a negotiator and was doing a fine job negotiating labor contracts on behalf of Local 21 members. The leadership of Local 21, including both President Guenther and me, did not want to see him leave.

14.     President Guenther and I learned that Mr. Hines had been recruited by Kate Meckler to move to Local 367. Ms. Meckler is the Regional Director for Region 7 of the UFCW International Union (International or IU).

15.     When we learned that Ms. Meckler had recruited Mr. Hines to leave Local 21 and move to Local 367, President Guenther objected to her doing so because it interfered with Local 21's ability to run its own affairs and violated the norms of how the IU typically interacts with locals, which is to respect their autonomy.

**Local 21's relationship with Gonzalez**

16.     Angel Gonzalez became President of Local 367 in the summer of 2020 as a result of a trusteeship.

17.     Throughout his time as Local 367 President, Mr. Gonzalez was difficult to work with. He had a short temper, took things unnecessarily personally, and often

DECLARATION OF MIZRAHI ISO MOTION
TO AMEND COMPLAINT – Page 3
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

made irrational decisions out of spite rather than out of what was in the best interest of the members.

18.    For example, during joint bargaining sessions, he often played loud videos on his phone during caucuses when our bargaining committee needed the time to concentrate, deliberate, and develop effective proposals and counterproposals. I also saw Mr. Gonzalez storm out of multiple meetings out of a feeling that he had been disrespected. This is just one of many examples of his unprofessional behavior.

19.    On or around August 4, 2021, I learned that Angel Gonzalez had resigned. In the week before that official announcement, I had heard some rumors that Mr. Gonzalez may have resigned but I had no confirmation of whether those rumors were true.

20.    Even the rumors did not speculate on the reason why Mr. Gonzalez may have resigned and, as of August 2021, I had no idea why he did resign.

21.    I was not aware until the December 2021 and January 2022 flyers that Mr. Gonzalez may have faced sexual harassment charges or accusations.

**Merger between Local 21 and 1439**

22.    Local 21 began exploring the possibility of a merger with Local 1439 in the fall of 2021.

DECLARATION OF MIZRAHI ISO MOTION
TO AMEND COMPLAINT – Page 4
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400    **BARNARD**

SEATTLE, WASHINGTON 98119    **IGLITZIN &**

TEL 800.238.4231 | FAX 206.378.4132    **LAVITT LLP**

23.     As part of those informal discussions, I attended a meeting on or around October 27, 2021, with President Guenther and Eric Renner, the then-president of Local 1439.

24.     By letter dated October 28, 2021, Locals 21 and 1439 then sought permission from the IU to conduct formal merger discussions.

25.     At that point, as far as I know, the only people who knew of the possibility of a merger between Local 21 and 1439 were a small circle of trusted leaders within the two local unions and the few leaders at the IU who needed to know.

26.     By letter dated December 2, 2021, Marc Perrone, the President of the IU, granted the two locals permission to enter into formal merger discussions. We did so using the IU's "merger kit"—a series of standard documents and agreements the IU provides to local unions seeking to merge.

27.     On December 14, 2021, Local 21 had its regular monthly Executive Board meeting, which Local 21's Executive Board and local officers attended. During that meeting, we had an Executive Session devoted to the topic of merging with Local 1439.

28.     During the Executive Session, I reviewed the proposed merger agreement and fielded questions from the Board.

DECLARATION OF MIZRAHI ISO MOTION
TO AMEND COMPLAINT – Page 5
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

29.     Following the Executive Session, the Board voted to recommend the merger for approval to the membership.

30.     By letter dated and mailed January 6, 2022, Local 21 provided formal notice to its membership of the upcoming merger vote. In that mailing, Local 21 did not advocate a position with respect to the merger but simply provided the required notice.

31.     Local 21 convened a series of membership meetings in February 2022—on February 9–12—at which the members in attendance voted on the question whether to merge with Local 1439.

32.     Neither Local 21 nor President Guenther engaged in public advocacy before those meetings regarding the merger question.

33.     For example, neither Local 21 nor President Guenther engaged in mass mailings, emails, or texts, nor did Local 21 or President Guenther post about the merger on the Local 21 website, Facebook page, X (nee Twitter) account, or other social media.

34.     We did not do so because Local 21 believes in member-led unions, where member-to-member communication builds our strength.

35.     Ultimately, approximately 208 Local 21 members voted on the merger question, and the members approved it by a vote of 207 to 11.

18 WEST MERCER ST., STE. 400   **BARNARD**
SEATTLE, WASHINGTON 98119   **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132   **LAVITT LLP**

**Effect of defamatory flyer on President Guenther**

36. I have worked closely with President Guenther for over fifteen years. During that time, I have gotten to know her well.

37. In my opinion, the defamatory flyers that were circulated in December 2021 and January 2022 have had a serious, harmful effect on her.

38. President Guenther has always been a fierce advocate for working people, and she very much remains so.

39. She has also been a fierce opponent of sexual harassment of all kinds, and I know she remains committed to stamping out sexual harassment both at UFCW workplaces and within the UFCW union family.

40. That said, the effort that President Guenther has had to devote to salvaging her reputation within the UFCW family has taken its toll.

41. That effort has mostly been directed at salvaging her reputation with other UFCW leaders, both local leaders and within the International.

42. For example, under the traditions of UFCW, any other President of a comparably sized local union would inevitably have been appointed to an International Vice President (IVP) position at the IU years earlier. For example, both of President Guenther's predecessors as Local 21 President, Todd Crosby and Dave Schmitz, were IVPs. As the largest UFCW local union in the country, any other result would have been shocking. That appointment would carry with it financial

DECLARATION OF MIZRAHI ISO MOTION
TO AMEND COMPLAINT – Page 7
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

benefits (a stipend around $20,000 per year), as well as prestige—the ability to influence IU decisions more directly.

43.    I have also seen first hand the personal effects the defamatory flyers has had upon her. She no longer feels safe in certain IU meetings. She rarely travels by herself any more—something she used to do, before the flyers, quite often. She has taken off extended periods of time from work to address the stress from the defamatory flyer and its consequences. She has moved her personal residence—at significant cost—to guard her privacy yet further. She maintains a lower online profile than she used to. She has insisted on additional security for the union office. All of this, in my experience, is directly attributed to the flyer that Mr. Emmons circulated and the one that Mr. Selvaggio mailed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 16th day of September, 2024.

_____

Joseph (Joe) Mizrahi

DECLARATION OF MIZRAHI ISO MOTION
TO AMEND COMPLAINT – Page 8
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

1

## DECLARATION OF SERVICE

2  I hereby certify that on the date noted below, I electronically filed the

3 foregoing with the Clerk of the Court using the CM/ECF system, which will send

4 notification of such filing to those attorneys of record registered on the CM/ECF

5 system.

6

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| Ambika Kumar<br>Sara A. Fairchild<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA 98104<br>ambikakumar@dwt.com<br>sarafairchild@dwt.com | ☐ Hand Delivery<br>☐ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☒ E-Service |
| John A. DiLorenzo<br>Davis Wright Tremaine LLP<br>560 SW 10th Ave., Ste. 700<br>Portland, OR 97205<br>johndilorenzo@dwt.com | ☐ Hand Delivery<br>☐ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☒ E-Service |

14  DATED this 27th day of September, 2024 at Seattle, Washington.

By: _Esmeralda Valenzuela_ _____
    Esmeralda Valenzuela, Paralegal

DECLARATION OF SERVICE
Case No. 2:22-cv-00272-TOR