1  Dmitri Iglitzin, WSBA No. 17673
   Darin M. Dalmat, WSBA No. 51384
2  Gabe Frumkin, WSBA No. 56984
   BARNARD IGLITZIN & LAVITT LLP
3  18 W Mercer St, Suite 400
   Seattle, WA 98119
4  (206) 257-6003
   iglitzin@workerlaw.com
5  dalmat@workerlaw.com
   frumkin@workerlaw.com
6
   Aaron Streepy, WSBA 38149
7  Jim McGuinness, WSBA 23494
   STREEPY LEMONIDIS CONSULTING & LAW GROUP, PLLC
8  2800 First Avenue, Suite 211
   Seattle, WA 98121
9  Telephone: (253) 528-0278
   Fax: (253) 528-0276
10 aaron@slglc.com
   jim@mcguinnessstreepy.com
11

*Attorneys for Plaintiff Faye Guenther*

12

UNITED STATES DISTRICT COURT
13  EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

14 | FAYE IRENE GUENTHER, an individual, | No. 2:22-cv-00272-TOR |
|---|---|
15 | Plaintiff, | **DECLARATION OF TODD CROSBY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
16 | v. | |
17 | | |
18 | JOSEPH H. EMMONS, individually, and OSPREY FIELD CONSULTING LLC, a limited liability company, | |
19 | | |
20 | Defendants. | |

DECLARATION OF CROSBY ISO MOTION
FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

I, Todd Crosby, hereby declare and state as follows:

1. I am over the age of 18 and make this declaration of my own personal knowledge and am competent to testify as to the matters herein.

2. I am currently an Assistant to the Presidents of two United Food and Commercial Workers (UFCW) local unions: Local 3000 (in Washington) and 770 (in Los Angeles).

3. I started those positions after resigning in December 2022 from the UFCW International Union (International or IU).

4. Before my resignation, IU President Marc Perrone had appointed me the IU Organizing Director in 2019. I served in that role from 2019 through 2021.

5. In January 2022, IU President Perrone assigned me to be the temporary, acting Regional Director of Region 7 while still holding the title and pay of International Director of Organizing. The IU has seven U.S.-based regions. Region 7 covers the Pacific Northwest and parts of the Mountain West. As Regional Director, my responsibilities included assisting and overseeing contract negotiations, reviewing strike sanction requests, assisting and running organizing programs, recommending financial assistance and overseeing mergers of local unions, among other duties.

DECLARATION OF CROSBY ISO MOTION TO AMEND COMPLAINT – Page 1
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD IGLITZIN & LAVITT LLP

1  6. Before my appointment as IU Organizing Director in 2019, I served as
2  President of Local 21 from April 2015 to April 2019. Prior to my role as President, I
3  held various other leadership positions at the local since 1995.
4  7. From those positions, I became very familiar with mergers involving
5  UFCW local unions, and mergers involving UFCW Local 21 in particular.
6  8. Local 21 was formed as a result of a series of seven mergers. The largest
7  of those occurred in 2005 and resulted in the change in affiliate number to "21" and
8  the creation of Local 21.
9  9. The merger in October of 2005, between what was then Local 1001 and
10 Local 1105, was a relatively high turnout affair compared to other merger votes. At
11 the time, the two local unions had approximately 30,000 members between them. I
12 don't recall the exact turnout nearly 20 years later but I do remember the number of
13 votes as a percentage of membership was higher than previous mergers between
14 Local 1001 and Locals 381 and Garment Workers Local 500.
15 10. Ever since the 2005 merger between Local 1001 and 1105, mergers
16 involving Local 21 have usually been increasingly low turnout affairs. From my
17 experience as a local union president, I understand that most members have
18 experienced the positive power of a larger union achieved through successful
19 mergers: they combine resources and strength to bargain with employers. As such,
20 most Local 21 members do not feel the need to attend a special meeting to vote on

DECLARATION OF CROSBY ISO MOTION
TO AMEND COMPLAINT – Page 2
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

these matters. They are "no-brainers" and the few active members who show up at every union meeting tend to vote in favor of a merger.

11. Consistent with that trend, the merger in 2022 between Local 21 and Local 1439 was also a low-turnout affair both on Local 21's side and on Local 1439's side. I know this because, as then-acting Regional Director of Region 7, both local unions reported the vote tallies to me per the administrative rules of the UFCW International Union.

12. My job was to make sure that both Local Unions followed the requisite procedures: among other things, they provided the proper notice to members, convened membership meetings at which members could vote, conducted the meetings appropriately, and the votes were tallied correctly.

13. Although I did not have any official responsibility as Acting Regional Director for monitoring merger-related campaigning, as someone with a longtime interest in Local 21 affairs, former coworkers would sometimes send me updates or highlights.

14. I do not recall any public campaigning by either Local 21 or Local 1439 with respect to the 2022 merger into Local 3000. In particular, I do not recall seeing any mass mailings, email blasts, text message blasts, or social media posts advocating for or against the merger. If any such dialogue happened about the merger, it did not rise to the level that it caught my notice. My job was to ensure the

DECLARATION OF CROSBY ISO MOTION TO AMEND COMPLAINT – Page 3
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD IGLITZIN & LAVITT LLP

1  two locals followed the UFCW International rules for merging. Conducting a
2  campaign, if any, for membership votes is the local union's job. And, given my role
3  as Acting Regional Director, if there had been a heated public debate about the
4  merger among affected members, I believe I would have noticed it.

5    15.    At UFCW, the tradition is that the International President appoints local
6  union presidents or high ranking International Union staff to be International Vice
7  Presidents (IVPs). The current International President has a rule that local union
8  presidents must have been elected by their local union membership before being
9  appointed as an IVP. That position carries with it both financial and non-financial
10 benefits.

11   16.    Financially, IVPs earn a stipend of approximately $20,000 per year.
12 They also may receive travel and other benefits associated with their work for the IU.

13   17.    In addition to those financial benefits, IVPs are usually treated with a
14 certain prestige by other leaders, staff, and members within the UFCW family. The
15 position, after all, brings them closer to the centers of power at the IU.

16   18.    Marc Perrone has served as International President since around
17 December 2014.

18   19.    President Perrone, for example, appointed me to become an IVP in
19 February 2016, about a year after I had become President of Local 21. My
20 appointment as IVP within a year of assuming office was faster than usual. That is

DECLARATION OF CROSBY ISO MOTION TO AMEND COMPLAINT – Page 4
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

1 because Local 21 was far and away the largest local union in the U.S. for the UFCW

2 and therefore contributed to the faster appointment as an IVP.

3     20. Faye Guenther became President of Local 21 after I left the Local to

4 become Organizing Director of the IU.

5     21. Local 21—which is now Local 3000—is still the largest UFCW local

6 union in the United States. Yet, President Perrone has not appointed President

7 Guenther to an IVP position.

8     22. Based on my personal experience and dealings with President Perrone,

9 I believe that the flyers circulated in December 2021 and January 2022, which

10 accused President Guenther of covering up sexual harassment (among other things),

11 contributed to President Perrone's belief that Guenther is a controversial figure and

12 his decision not to appoint President Guenther to an IVP position.

13     23. In fact, I heard President Perrone say, with reference to those flyers and

14 President Guenther's reaction to them, that there's "a lot of smoke surrounding that

15 situation." I understood his comment to mean that Faye was too controversial for his

16 comfort to be appointed as an IVP.

17 //

18

19 //

20

DECLARATION OF CROSBY ISO MOTION TO AMEND COMPLAINT – Page 5
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD IGLITZIN & LAVITT LLP

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on this 13 day of September, 2024.

_____
Todd Crosby

DECLARATION OF CROSBY ISO MOTION TO AMEND COMPLAINT – Page 6
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

# DECLARATION OF SERVICE

I hereby certify that on the date noted below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| Ambika Kumar<br>Sara A. Fairchild<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA 98104<br>ambikakumar@dwt.com<br>sarafairchild@dwt.com | ☐ Hand Delivery<br>☐ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☒ E-Service |
| John A. DiLorenzo<br>Davis Wright Tremaine LLP<br>560 SW 10th Ave., Ste. 700<br>Portland, OR 97205<br>johndilorenzo@dwt.com | ☐ Hand Delivery<br>☐ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☒ E-Service |

DATED this 27th day of September, 2024 at Seattle, Washington.

By: _____
Esmeralda Valenzuela, Paralegal

DECLARATION OF SERVICE
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP