1 | Ambika Kumar, WSBA #38237
Sara A. Fairchild, WSBA #54419
2 | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
3 | Seattle, WA 98104-1610
Telephone: (206) 622-3150
4 | Facsimile: (206) 757-7700

5 | John A. DiLorenzo (*pro hac vice*)
Davis Wright Tremaine LLP
6 | 1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
7 | Telephone: (503) 241-2300
Fax: (503) 778-5299

8

9

10 | IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
11 | AT SPOKANE

12 | FAYE IRENE GUENTHER,
an individual,
13 |                                                No. 2:22-cv-00272-TOR
                Plaintiff,
14 |                                                **DECLARATION OF
     v.                                            JOSEPH H. EMMONS IN
15 |                                                SUPPORT OF
    JOSEPH H. EMMONS, individually,                DEFENDANTS' MOTION
16 | AND OSPREY FIELD CONSULTING                   FOR SUMMARY
    LLC, a limited liability company,              JUDGMENT**
17 |
                Defendants.
18

19

20

21

22

23

EMMONS DECL. ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

I, Joseph H. Emmons, declare:

1. I am the sole owner of Osprey Field Services LLC ("Osprey"), and Osprey and I are defendants in the above-captioned lawsuit. I am over 18 years of age and make this declaration from personal knowledge.

2. Osprey provides community outreach services, including distributing informational materials, signature gathering, and general publicity efforts for its clients. These efforts have included, for example, leaving literature on door handles. The subject matter of the materials Osprey has been hired to distribute have included ballot initiatives, public concerns, and recall elections.

3. Osprey relies on its clients to provide any material for distribution. Osprey does not create the written materials it distributes or participate in developing the content of those materials. Osprey's clients provide all written material Osprey distributes.

4. One of Osprey's clients is Ridgelark Strategies LLC ("Ridgelark"), a communications strategy and consulting firm owned and operated by Mike Selvaggio.

5. I have known Mr. Selvaggio for nearly a decade. We met through our past work together at Direct Action Partners, where Mr. Selvaggio served as President and I served as Project Manager before the organization dissolved. As a Project Manager, I ran community outreach projects at Mr. Selvaggio's direction. Over the years since, Mr. Selvaggio, through Ridgelark, has hired me, through Osprey, for numerous community outreach projects.

6. In my experience working for Mr. Selvaggio, I have observed him to

EMMONS DECL. ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR - 1
4888-7354-0582v.4 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

be honest and trustworthy. He is selective in the organizations and people he chooses to work for and only works for those with high integrity. He does not take on initiatives without first confirming that the position or message he is communicating is a credible one.

7. In January 2022, Mr. Selvaggio called me and told me that Ridgelark wanted to hire Osprey to distribute flyers at grocery stores in Spokane. I agreed to take on the project.

8. On January 5, 2022, Mr. Selvaggio emailed me a copy of the flyer described in Plaintiff Faye Guenther's Complaint (ECF No. 1-2) (the "Flyer"), and provided a list of the grocery stores where he wanted me to distribute the Flyer.

9. I did not and do not personally know the individuals named in the Flyer, and I have no personal knowledge as to the truth of the Flyer's statements. I asked Mr. Selvaggio whether the Flyer's statements were accurate. He confirmed that the information in the Flyer was credible and stated that there had been investigations. Based on my experience with Mr. Selvaggio and his representation that the Flyer's statements were true, I believed at the time, and continue to believe now, that the statements are true.

10. On January 8, 2022, I placed copies of the Flyer at approximately 5 to 7 of the grocery stores on the list Mr. Selvaggio provided. I left approximately 6 to 8 copies of the Flyer at each store. Ridgelark paid Osprey for this project, including reimbursements for travel and lodging.

EMMONS DECL. ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR - 2
4888-7354-0582v.4 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on  9/25/2024  in  Portland, Oregon  .

Signed by:

Joseph H. Emmons

EMMONS DECL. ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR - 3
4888-7354-0582v.4 0119896-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax