1  Ambika Kumar, WSBA #38237
   Sara A. Fairchild, WSBA #54419
2  Davis Wright Tremaine LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, WA  98104-1610
   Telephone: (206) 622-3150
4  Facsimile: (206) 757-7700

5  John A. DiLorenzo (*pro hac vice*)
   Davis Wright Tremaine LLP
6  1300 S.W. Fifth Avenue, Suite 2400
   Portland, OR 97201
7  Telephone: (503) 241-2300
   Fax: (503) 778-5299

8

9

10              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WASHINGTON
11                        AT SPOKANE

12 FAYE IRENE GUENTHER,
   an individual,
13                                          No. 2:22-cv-00272-TOR
                    Plaintiffs,
14                                          **DECLARATION OF**
       v.                                   **JOSEPH H. EMMONS IN**
15                                          **DEFENDANTS'**
   JOSEPH H. EMMONS, individually,          **OPPOSITION TO**
16 AND OSPREY FIELD CONSULTING              **PLAINTIFF'S MOTION**
   LLC, a limited liability company,        **FOR PARTIAL SUMMARY**
17                                          **JUDGMENT**
                    Defendants.
18

19

20

21

22

23

EMMONS DECL. ISO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PARTIAL SUMMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    I, Joseph H. Emmons, declare:

2    1.    I am the sole owner of Osprey Field Services LLC ("Osprey"), and

3    Osprey and I are defendants in the above-captioned lawsuit.  I am over 18 years of

4    age and make this declaration from personal knowledge.

5    2.    I have reviewed relevant portions of Plaintiff's Statement of Material

6    Facts (ECF No. 105).    The information in this declaration supplements the

7    information provided in my declaration in support of Defendants' Motion for

8    Summary Judgment (ECF No. 112).

9    3.    As stated in my prior declaration, Michael Selvaggio (through his

10    company Ridgelark Strategies LLC) hired me (through Osprey) to distribute copies

11    of the Flyer in-person at grocery stores in Spokane.  I had two phone calls with

12    Mr. Selvaggio regarding this project before I distributed the Flyer.

13    4.    In early January 2022, Mr. Selvaggio called me and asked to hire me,

14    through Osprey, for this project.

15    5.    On January 5, 2022, Mr. Selvaggio emailed me a copy of the Flyer.

16    6.    After Mr. Selvaggio sent me the Flyer, we had a second phone call

17    regarding the project.

18    7.    During one or both of these phone calls, Mr. Selvaggio and I discussed

19    the statements in the Flyer.    As described in my prior declaration, I asked

20    Mr. Selvaggio whether the Flyer's statements were accurate, and he confirmed that

21    the information in the Flyer was credible and stated that there had been

22    investigations.  I do not recall during which conversation this occurred.  I believed

23    then and still believe now that the Flyer's statements are true based on my experience

EMMONS DECL. ISO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PARTIAL SUMMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Docusign Envelope ID: E74733D2-19F3-43F5-9F75-F3D912AB4917

1    working with Mr. Selvaggio and his representations.

2        8.    Mr. Selvaggio told me that the purpose of the project was to provide

3    UFCW members in Spokane with information about misconduct in UFCW local

4    leadership before a merger vote.  Mr. Selvaggio did not tell me whom the project

5    was for or that Dan Clay was involved.

6        9.    Mr. Selvaggio gave me instructions regarding where and how to

7    distribute the Flyer.  He provided me with a list of grocery stores where he wanted

8    me to distribute the Flyer.  He also told me to place copies of the Flyer passively at

9    workstations within the grocery store and not to engage with workers apart from

10    saying something like "Here is information about the union."  He did not instruct me

11    to disguise myself.

12        10.    When I distributed the flyer, I did not try to disguise myself.  I am a

13    baseball cap collector and a Gonzaga fan. When I was at one of the grocery stores

14    in Spokane, I saw a Gonzaga baseball cap I liked, and I purchased it.  I then wore

15    the hat for the remainder of my trip.  I also wore a mask inside each grocery store I

16    visited because I did not want to catch Covid.  At the time, Covid infection rates

17    were extremely high, and I was in a conservative area of the country where I believed

18    many people were not vaccinated against Covid and did not wear masks.

19        11.    I wear glasses because I have astigmatism and was wearing the glasses

20    when distributing the flyer.  My astigmatism is especially activated by driving at

21    night and bright lights in the dark in general.  As I was driving the evening I

22    distributed the Flyer, I kept my glasses on.

23

EMMONS DECL. ISO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PARTIAL SUMMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR - 2

1    12.    I placed the flyers in common areas such as the delis or cash registers

2    at the stores.

3    I declare under penalty of perjury that the foregoing is true and correct.

4    Executed on ___10/25/2024___, in ___(Portland, oregon)___

5

6                                              Joseph H. Emmons

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

EMMONS DECL. ISO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION                    Davis Wright Tremaine LLP
FOR PARTIAL SUMMMARY JUDGMENT                       LAW OFFICES
Case No. 2:22-cv-00272-TOR - 3                      920 Fifth Avenue, Suite 3300
                                                    Seattle, WA  98104-1610
                                                    206.622.3150 main · 206.757.7700 fax

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on October 25, 2024, I caused the document to which

3   this certificate is attached to be electronically filed with the Clerk of the Court

4   using the CM/ECF system which will send notification of such filing to the

5   following:

6   Aaron Streepy
    Jim McGuinness
7   STREEPY LEMONIDIS CONSULTING & LAW GROUP, PLLC
    2800 First Avenue, Suite 211
8   Seatle, WA 98121
    aaron@slglc.com
9   jim@mcguinnessstreepy.com

10  Dmitri Iglitzin
    Darn M. Dalmat
11  Gabe Frumkin
    BARNARD IGLITZIN & LAVITT LLP
12  18 W Mercer St, Suite 400
    Seattle, WA 98119
13  iglitzin@workerlaw.com
    dalmat@workerlaw.com
14  frumkin@workerlaw.com

15  ***Attorneys for Plaintiff Faye Irene Guenther***

16

17          I declare under penalty of perjury that the foregoing is true and accurate.

18  DATED this 25th day of October, 2024.

19

20                         By: *s/Sara A. Fairchild*
                               Sara A. Fairchild, WSBA #54419

21

22

23

EMMONS DECL. ISO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR PARTIAL SUMMMARY JUDGMENT
Case No. 2:22-cv-00272-TOR - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax