# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| FAYE IRENE GUENTHER, | Case No.  2:22-CV-0272-TOR |
|---|---|
| Plaintiff, | Civil Minutes |
| v. | DATE:  12/5/2024 |
| JOSEPH H. EMMONS, et al., | LOCATION:  Spokane 902 |
| Defendants, | MOTIONS HEARING |

### JUDGE THOMAS O. RICE

| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Darin M. Dalmat / Gabriel Frumkin | | John DiLorenzo | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

[  ] **Open Court**         [  ] **Chambers**         [ X ] **Telephonic**

All parties present in the courtroom.

The Court has reviewed the parties' briefing.

Mr. Dalmat addressed the Court and argued in favor of Plaintiff's [104] Motion for Partial Summary Judgment.

Mr. DiLorenzo addressed the Court and opposed Plaintiff's motion and argued in favor of [110] Defendants' Motion for Summary Judgment.

Mr. Dalmat provided rebuttal argument.
Mr. DiLorenzo provided rebuttal argument.

A written order will follow.

| CONVENED:  9:08 AM | ADJOURNED:  9:54 AM | TIME: 46 MIN | [X] ORDER FORTHCOMING |
|---|---|---|---|