UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAYE IRENE GUENTHER,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOSEPH H. EMMONS, and OSPREY FIELD CONSULTING, LLC,<br><br>                    Defendants. | CASE NO: 2:22-CV-0272-TOR<br><br>ORDER GRANTING EXTENSION OF TIME AND PAGE LIMITS |

BEFORE THE COURT is the Parties' Stipulated Motion to Extend Time and set Page Limits (ECF No. 133) and Stipulated Motion to Expedite (ECF No. 134). For good cause shown, the motions are **GRANTED**.

On December 11, 2024, the Court granted Defendants' motion for summary judgment and dismissed Plaintiff's claims. Defendants intend to move for attorneys' fees and costs and Plaintiffs intend to dispute it. Due to the lengthy procedural history of the case, the parties seek both an extension of time to file their motions and an increase in the page limits. ECF No. 133 at 3.

ORDER GRANTING EXTENSION OF TIME AND PAGE LIMITS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Expedite (ECF No. 134) is **GRANTED.**

2. The Parties' Stipulated Motion to Extend Time and Set Page Limits (ECF No. 133) is **GRANTED.**

3. Defendants motion for attorneys' fees and costs is due on or before **February 24, 2025,** and will be no more than **twenty (20) pages** in length.

4. Plaintiff's Response is due on or before **March 17, 2025,** and will be no more than **twenty (20)** pages in length.

5. Defendants' Reply is due on or before **March 31, 2025,** and will be no more than **ten (10) pages** in length.

The District Court Clerk is directed to enter this Order and provide copies to the parties.

DATED December 19, 2024.



THOMAS O. RICE
United States District Judge

ORDER GRANTING EXTENSION OF TIME AND PAGE LIMITS ~ 2