Dmitri Iglitzin, WSBA No. 17673
Darin M. Dalmat, WSBA No. 51384
Gabe Frumkin, WSBA No. 56984
BARNARD IGLITZIN & LAVITT LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6003
iglitzin@workerlaw.com
dalmat@workerlaw.com
frumkin@workerlaw.com

Aaron Streepy, WSBA 38149
Jim McGuinness, WSBA 23494
Streepy Lemonidis Consulting & Law Group, PLLC
2800 First Avenue, Suite 211
Seattle, WA 98121
Telephone: (253) 528-0278
Fax: (253) 528-0276
aaron@slglc.com
jim@mcguinnessstreepy.com

*Attorneys for Plaintiff Faye Guenther*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH H. EMMONS, individually, and OSPREY FIELD CONSULTING LLC, a limited liability company, <br><br> Defendants. | No. 2:22-cv-00272-TOR <br><br> **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO RECONSIDER ORDER DENYING ATTORNEYS' FEES** |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO RECONSIDER – Page 1
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

Defendants Joseph Emmons and Osprey Field Services LLC (collectively, Emmons) seek reconsideration of the Court's April 29, 2025, order (ECF No. 150) denying their fee application. Although Plaintiff Faye Guenther recognizes that no response is required at this juncture (ECF No. 34 at 7), she nonetheless offers this brief response to underscore a few critical points.

Guenther opposed Emmons's original fee petition (ECF No. 138) for two principal reasons. First, Emmons violated the state statute under which he seeks fees, thereby barring himself from recovering fees under that law. *See* ECF 148 at 5–6. Second, the state statute doesn't apply in federal court because, under *Erie R. Co v. Tompkins*, 304 U.S. 64 (1938) and its progeny, (1) taxation of costs in federal court is governed by a federal statute and RCW 4.84.250, by its terms, is a Washington statute about taxing costs; (2) even if considered a fee statute, RCW 4.84.250 is a procedural fee-shifter inapplicable in federal court; and (3) applying the state statute would administer the law inequitably because the Washington Supreme Court has held that a plaintiff has a clear right in state court to voluntarily dismiss her claims before trial without facing RCW 4.84.250 liability. *See* ECF 148 at 6–14.

However the Court may view the points Emmons presses in his motion for reconsideration, Guenther urges the Court to consider the reasons she raised in her original opposition to Emmons's request for fees as it evaluates his reconsideration motion. Guenther respectfully submits that her original grounds for opposing

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO RECONSIDER – Page 2
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

1  Emmons's fee petition are dispositive and require the Court to deny his claim for

2  fees.

3    Should the Court desire any further response from Guenther to Emmons's

4  motion for reconsideration, she would be happy to provide it.

5

6    RESPECTFULLY SUBMITTED this 9th day of May, 2025.

7          *s/Darin M. Dalmat*
        Dmitri Iglitzin, WSBA No. 17673

8          Darin M. Dalmat, WSBA No. 51384
        Gabe Frumkin, WSBA No. 56984

9          **BARNARD IGLITZIN & LAVITT LLP**
        18 W Mercer St, Suite 400

10         Seattle, WA 98119
        (206) 257-6003

11         iglitzin@workerlaw.com
        dalmat@workerlaw.com

12         frumkin@workerlaw.com

13         Aaron Streepy, WSBA 38149
        Jim McGuinness, WSBA 23494

14         Streepy Lemonidis Consulting & Law
        Group, PLLC

15         2800 First Avenue, Suite 211
        Seattle, WA 98121

16         Telephone: (253) 528-0278
        Fax: (253) 528-0276

17         aaron@slglc.com
        jim@mcguinnessstreepy.com

18

        *Attorneys for Plaintiff Faye Guenther*

19

20

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO RECONSIDER – Page 3
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

# DECLARATION OF SERVICE

I hereby certify that on the date noted below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| Ambika Kumar<br>Sara A. Fairchild<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA 98104<br>ambikakumar@dwt.com<br>sarafairchild@dwt.com | ☐ Hand Delivery<br>☐ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☑ CM/ECF |
| John A. DiLorenzo<br>Davis Wright Tremaine LLP<br>560 SW 10th Ave., Ste. 700<br>Portland, OR 97205<br>johndilorenzo@dwt.com | ☐ Hand Delivery<br>☐ Certified Mail<br>☐ Facsimile<br>☐ E-mail<br>☐ U.S. Mail<br>☑ CM/ECF |

DATED this 9th day of May, 2025 at Seattle, Washington.

By: /s/ Esmeralda Valenzuela
Esmeralda Valenzuela, Paralegal

DECLARATION OF SERVICE
Case No. 2:22-cv-00272-TOR

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP