UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAYE IRENE GUENTHER, an individual,<br><br>      Plaintiffs,<br><br>  v.<br><br>JOSEPH H. EMMONS, individually, and OSPREY FIELD CONSULTING LLC, a limited liability company,<br><br>      Defendant. | NO. 2:22-CV-0272-TOR<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Defendants' Motions for to Reconsider Order Denying Attorneys' Fees. ECF No. 152. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, Defendants' Motion is **DENIED**.

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was

ORDER DENYING MOTION FOR RECONSIDERATION ~ 1

manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993); *United Nat. Ins. Co. v. Spectrum Worldwide, Inc.*, 555 F.3d 772, 780 (9th Cir. 2009) (citation omitted). Whether to grant a motion for reconsideration is within the sound discretion of the court. *Navajo Nation v. Confederated Tribes and Bands of the Yakima Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

Because Plaintiff sought damages in excess of $10,000, this case is not subject to the attorney fee statutes applicable to small claims.

For all the reasons the Court expressed in its original order denying attorney fees, ECF No. 150, the motion is denied.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendants' Motions for to Reconsider Order Denying Attorneys' Fees, ECF No. 152, is **DENIED**.

The District Court Executive is directed to enter this Order. The file remains **CLOSED**.

DATED May 16, 2025.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION ~ 2