**FILED**

**JUL 23 2025**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

FAYE IRENE GUENTHER, an individual,

    Plaintiff - Appellant,

UNITED FOOD AND COMMERCIAL WORKERS UNION - LOCAL 3000, a non-profit corporation; et al.,

    Plaintiffs,

  v.

JOSEPH H. EMMONS, individually and OSPREY FIELD SERVICES, LLC, a limited liability company,

    Defendants - Appellees.

No. 25-280

D.C. No. 2:22-cv-00272-TOR
Eastern District of Washington, Spokane

ORDER

---

FAYE IRENE GUENTHER,

    Plaintiff - Appellee,

UNITED FOOD AND COMMERCIAL WORKERS UNION - LOCAL 3000; et al.,

    Plaintiffs,

  v.

JOSEPH H. EMMONS and OSPREY FIELD SERVICES, LLC,

    Defendants - Appellants.

No. 25-3650
D.C. No. 2:22-cv-00272-TOR
Eastern District of Washington, Spokane

Pursuant to the stipulation of the parties (Docket Entry No. 17), appeal no. 25-280 is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court for appeal no 25-280 only.

Appeal no. 25-3650 shall proceed. The briefing schedule shall be reset by separate order.

FOR THE COURT:

By: Robert Kaiser
Circuit Mediator